CO-386-online
10/03

# United States District Court
# For the District of Columbia

CITY OF HARPER WOODS EMPLOYEES' )
RETIREMENT SYSTEM, Derivatively on Behalf of BAE )
SYSTEMS PLC, )
                    Plaintiff, )
  vs. )
RICHARD (DICK) L. OLVER, MICHAEL J. TURNER, )
WALTER P. HAVENSTEIN, IAN G. KING, GEORGE W. )
ROSE, CHRISTOPHER V. GEOGHEGAN, PHILLIP J. )
CARROLL, MICHAEL J. HARTNALL, SIR PETER )
JAMES MASON, ROBERTO QUARTA, SIR ANTHONY )
NIGEL RUSSELL RUDD, PETER A. WEINBERG, )
*ET AL* )

Case: 1:07-cv-01646
Assigned To : Collyer, Rosemary M.
Assign. Date : 9/19/2007
Description: Contract

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __City of Harper Woods Employees' Retirement System__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __City of Harper Woods Employees' Retirement System__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

                                      Attorney of Record

                                      *[signature]*
                                      Signature

056358
BAR IDENTIFICATION NO.

                                      ROGER M. ADELMAN
                                      Print Name

                                      1100 Connecticut Ave., NW, Suite 730
                                      Address

                                      Washington, DC  20036
                                      City           State          Zip Code

                                      202/822-0600
                                      Phone Number