RECEIVED

OCT - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, <br><br>Plaintiff, <br><br>vs. <br><br>RICHARD (DICK) L. OLVER, et al., <br><br>Defendants, <br><br>– and – <br><br>BAE SYSTEMS PLC, an England and Wales corporation, <br><br>Nominal Defendant. | Civil No. 1:07-cv-01646 <br><br>Assigned to: Judge Rosemary M. Collyer |

NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT AS TO DEFENDANT THE PNC FINANCIAL SERVICES GROUP, INC.

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Roger M. Adelman, Esq.<br>Law Offices of Roger M. Adelman<br>1100 Connecticut Avenue N W, # 730<br>Washington, DC 20036<br>Telephone No: 202-822-0600   FAX No: 202-822-6722 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of Columbia | | | | |
| Plaintiff: City of Harper Woods Employees' Retirement System, et al | | | | |
| Defendant: Richard (Dick) L. Olver, et al | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV01646 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint; Civil Case Cover Sheet; Certificate Rule LCVR 7.1; Initial Electronic Case Filing Order; Notice of Right to Consent to Trial Before United States Magistrate Judge; [Proposed] Pre-Trial Order No.1; The City of Harper Woods Employees' Retirement System's Motion to Consolidate Related Actions and Appoint Lead Derivative Counsel

3. a. Party served:        The PNC Financial Services Group, Inc, as Successor to Riggs National Corporation/Riggs Bank, N.A.
   b. Person served:       Jodi Senka, Person Authorized to Accept Service of Process

4. Address where the party was served:    PNC Plaza
                                          249 Fifth Avenue
                                          Pittsburgh, PA  15222

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Sep. 21, 2007 (2) at: 12:55PM

7. Person Who Served Papers:
   a. Richard Ament
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of Washington, DC that the foregoing is true and correct.

9/28/07
(Date)         (Signature)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Robert M. Kresson, Notary Public
Robinson Twp., Allegheny County
My Commission Expires Feb. 17, 2011
Member, Pennsylvania Association of Notaries

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires  9/28/07
                       (Date)

                                    (Notary Public)

**AFFIDAVIT OF SERVICE**
**Summons & Complaint**

roade.101323