UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER, et al.,<br><br>Defendants,<br><br>– and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT AS TO DEFENDANT MARK H. RONALD

**RECEIVED**

OCT - 4 2007


NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| Attorney or Party without Attorney:<br>Roger M. Adelman, Esq.<br>Law Offices of Roger M. Adelman<br>1100 Connecticut Avenue N W, # 730<br>Washington, DC 20036<br>Telephone No: 202-822-0600   FAX No: 202-822-6722 | For Court Use Only |
|---|---|
| | Ref. No. or File No.: |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - District of Columbia

Plaintiff: City of Harper Woods Employees' Retirement System, et al
Defendant: Richard (Dick) L. Olver, et al

| AFFIDAVIT OF SERVICE<br>Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV01646 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint; Civil Case Cover Sheet; Certificate Rule LCVR 7.1; Initial Electronic Case Filing Order; Notice of Right to Consent to Trial Before United States Magistrate Judge; [Proposed] Pre-Trial Order No.1; The City of Harper Woods Employees' Retirement System's Motion to Consolidate Related Actions and Appoint Lead Derivative Counsel

3. a. Party served:         Mark H. Ronald
   b. Person served:        Mark H. Ronald, Personally

4. Address where the party was served:    7110 44th Street
                                          Chevy Chase, MD 20815

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Sep. 21, 2007 (2) at: 9:15PM

7. **Person Who Served Papers:**
   a. William Malone
   b. Class Action Research &
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of Washington, DC that the foregoing is true and correct.

9/27/07
(Date)                           (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires 4·11·09
                         (Date)

                                AFFIDAVIT OF SERVICE        Elizabeth Cook
                                Summons & Complaint            (Notary Public)     roade.101322