UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER, et al.,<br><br>Defendants,<br><br>– and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT AS TO DEFENDANT PETER A. WEINBERG

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Roger M. Adelman, Esq.<br>Law Offices of Roger M. Adelman<br>1100 Connecticut Avenue N W, # 730<br>Washington, DC 20036<br>Telephone No 202-822-0600    FAX No 202-822-6722 | |
| Attorney for: Plaintiff | Ref No. or File No : |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - District of Columbia

Plaintiff: City of Harper Woods Employees' Retirement System, et al
Defendant: Richard (Dick) L. Olver, et al

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date | Time | Dept/Div | Case Number:<br>07CV01646 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint; Civil Case Cover Sheet; Certificate Rule LCVR 7.1; Initial Electronic Case Filing Order; Notice of Right to Consent to Trial Before United States Magistrate Judge; [Proposed] Pre-Trial Order No.1; The City of Harper Woods Employees' Retirement System's Motion to Consolidate Related Actions and Appoint Lead Derivative Counsel

3. a. Party served:               Peter A. Weinberg
   b. Person served:              party in item 3a

4. Address where the party was served:   14 Perkins Road
                                          Greenwich, CT 06830

5. I served the party:
   b. **by substituted service**. On: Mon., Sep. 24, 2007 at: 4:26PM by leaving the copies with or in the presence of:
      Fernando Sintra, Live-In Caretaker/Co-Occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. Eric J. Rubin
   b. Class Action Research &
      Litigation Support Services, Inc.
      PO Box 740
      Penryn, CA 95663
   c. 888-737-7771

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of Washington, DC that the foregoing is true and correct.

   10/2/07
   (Date)                    (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires  8.31.2013
                          (Date)                     (Notary Public)

   roade 101321

| Attorney or Party without Attorney:<br>Roger M. Adelman, Esq.<br>Law Offices of Roger M. Adelman<br>1100 Connecticut Avenue N W, # 730<br>Washington, DC 20036<br>Telephone No: 202-822-0600  FAX No: 202-822-6722 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of Columbia | | | | |
| Plaintiff: City of Harper Woods Employees' Retirement System, et al | | | | |
| Defendant: Richard (Dick) L. Olver, et al | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV01646 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint; Civil Case Cover Sheet; Certificate Rule LCVR 7.1; Initial Electronic Case Filing Order; Notice of Right to Consent to Trial Before United States Magistrate Judge; [Proposed] Pre-Trial Order No.1; The City of Harper Woods Employees' Retirement System's Motion to Consolidate Related Actions and Appoint Lead Derivative Counsel

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Wed., Sep. 26, 2007
   b. Place of Mailing:         Penryn, CA 95663
   c. Addressed as follows:     Peter A. Weinberg
                                14 Perkins Road
                                Greenwich, CT 06830

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Sep. 26, 2007 in the ordinary course of business.

5. Person Serving:                                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Janis Dingman                                    d. *The Fee for Service was:*
   b. Class Action Research &                          e. I am: (3) registered California process server
      Litigation Support Services, Inc.                       (i)    Employee
      PO Box 740                                              (ii)   Registration No.:   2005-27
      Penryn, CA 95663                                        (iii)  County:             Sacramento
   c. 888-737-7771                                            (iv)   Expiration Date:    Wed, Apr. 29, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Oct. 01, 2007

Judicial Council Form                      PROOF OF SERVICE                     (Janis Dingman)          roade.101321
Rule 982.9.(a)&(b) Rev January 1, 2007          By Mail