UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>      Plaintiff,<br><br> vs.<br><br>RICHARD (DICK) L. OLVER, et al.,<br><br>      Defendants,<br><br> – and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>      Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

MOTION FOR ADMISSION *PRO HAC VICE* OF MARY K. BLASY

COMES NOW the undersigned as sponsoring member of the Bar of this Court and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Mary K. Blasy to appear and participate in proceedings in this Court in the above-referenced action as counsel for plaintiff. The grounds for this motion are set forth in the attached hereto and incorporated herein signed declaration of Ms. Blasy.

The undersigned is a member in good standing of the Bar of the United States District Court of the District of Columbia with whom Ms. Blasy will be associated in this case.

WHEREFORE, for these and other reasons, we respectfully request the Court to grant this Motion and enter the Order for admission *pro hac vice*.

DATED: October 9, 2007                LAW OFFICES OF ROGER M. ADELMAN
                                      ROGER M. ADELMAN (DC Bar # 056358)


                                              s/ ROGER M. ADELMAN
                                              ROGER M. ADELMAN

                                      1100 Connecticut Ave., NW, Suite 730
                                      Washington, DC  20036
                                      Telephone: 202/822-0600
                                      202/822-6722 (fax)

                                      [Proposed] Liaison Counsel

                                      CUNEO GILBERT & LaDUCA, L.L.P.
                                      JONATHAN W. CUNEO (DC Bar # 939389)
                                      WILLIAM H. ANDERSON (DC Bar # 502380)
                                      507 C Street, N.E.
                                      Washington, DC  20002
                                      Telephone: 202/789-3960
                                      202/789-1813 (fax)

                                      [Proposed] Liaison Counsel

COUGHLIN STOIA GELLER RUDMAN
  & ROBBINS LLP
PATRICK J. COUGHLIN
MARK SOLOMON
MARY K. BLASY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiff

VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

Attorneys for Plaintiff

S:\CasesSD\BAE Derivative\mot00046151_Blasy.doc

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 9, 2007.

                                                   s/ ROGER M. ADELMAN
                                                   ROGER M. ADELMAN

                                                 LAW OFFICES OF ROGER M. ADELMAN
                                                 ROGER M. ADELMAN (DC Bar # 056358)
                                                 1100 Connecticut Ave., NW, Suite 730
                                                 Washington, DC  20036
                                                 Telephone:  202/822-0600
                                                 202/822-6722 (fax)

                                                 E-mail:  radelman@erols.com

# Mailing Information for a Case 1:07-cv-01646-RMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,maryb@csgrr.com,scotts@csgrr.com,lisamp@csgrr.com,tlatimer@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>                Plaintiff,<br><br>  vs.<br><br>RICHARD (DICK) L. OLVER, et al.,<br><br>                Defendants,<br><br>  – and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>              Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

DECLARATION OF MARY K. BLASY IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE*

MARY K. BLASY hereby certifies that:

1. My full name is Mary K. Blasy.

2. My address and telephone number is:

   Coughlin Stoia Geller Rudman & Robbins LLP
   655 West Broadway, Suite 1900
   San Diego, CA 92101
   Telephone: 619/231-1058
   Facsimile: 619/231-7423

3. I have been admitted to practice in the courts of the States of California, the Southern, Northern and Central Districts of California, and United States Court of Appeals for the Ninth Circuit.

4. I am in good standing with all of the referenced Courts and have not been disciplined by any bar.

5. Within the past two years, Ms. Blasy has not submitted a *pro hac vice* application in this Court.

s/ MARY K. BLASY<br>
MARY K. BLASY

S:\CasesSD\BAE Derivative\DEC00046160.doc

- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 9, 2007.

                                          s/ ROGER ADELMAN
                                          ROGER ADELMAN

                                          LAW OFFICES OF ROGER M. ADELMAN
                                          ROGER M. ADELMAN (DC Bar # 056358)
                                          1100 Connecticut Ave., NW, Suite 730
                                          Washington, DC  20036
                                          Telephone:  202/822-0600
                                          202/822-6722 (fax)

                                          E-mail:radelman@erols.com

# Mailing Information for a Case 1:07-cv-01646-RMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,maryb@csgrr.com,scotts@csgrr.com,lisamp@csgrr.com,tlatimer@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER, et al.,<br><br>Defendants,<br><br>– and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF MARY K. BLASY

Upon consideration of the motion of Roger M. Adelman, D.C. Bar Number 056358, active member of the Bar of this Court, for the admission *pro hac vice* of Mary K. Blasy, and for good cause shown, it is HEREBY ORDERED THAT the Motion for Admission *Pro Hac Vice* of Mary K. Blasy is GRANTED, and that Mary K. Blasy be, and the same hereby is, admitted *pro hac vice* to appear and participate as counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT COURT JUDGE

S:\CasesSD\BAE Derivative\ord00046157_Blasy.doc

CERTIFICATE OF SERVICE

      I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 9, 2007.

      s/ ROGER M. ADELMAN
      ROGER M. ADELMAN

      LAW OFFICES OF ROGER M. ADELMAN
      ROGER M. ADELMAN (DC Bar # 056358)
      1100 Connecticut Ave., NW, Suite 730
      Washington, DC 20036
      Telephone: 202/822-0600
      202/822-6722 (fax)

      E-mail:radelman@erols.com

# Mailing Information for a Case 1:07-cv-01646-RMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,maryb@csgrr.com,scotts@csgrr.com,lisamp@csgrr.com,tlatimer@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)