UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, <br><br>　　　　　　　　　Plaintiff, <br><br>　vs. <br><br>RICHARD (DICK) L. OLVER, et al., <br><br>　　　　　　　　　Defendants, <br><br>　– and – <br><br>BAE SYSTEMS PLC, an England and Wales corporation, <br><br>　　　　　　　　　Nominal Defendant. | Civil No. 1:07-cv-01646 <br><br> Assigned to: Judge Rosemary M. Collyer |

MOTION FOR ADMISSION *PRO HAC VICE* OF MARK SOLOMON

COMES NOW the undersigned as sponsoring member of the Bar of this Court and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Mark Solomon to appear and participate in proceedings in this Court in the above-referenced action as counsel for plaintiff. The grounds for this motion are set forth in the attached hereto and incorporated herein signed declaration of Mr. Solomon.

The undersigned is a member in good standing of the Bar of the United States District Court of the District of Columbia with whom Mr. Solomon will be associated in this case.

WHEREFORE, for these and other reasons, we respectfully request the Court to grant this Motion and enter the Order for admission *pro hac vice*.

DATED: October 9, 2007              LAW OFFICES OF ROGER M. ADELMAN
                                    ROGER M. ADELMAN (DC Bar # 056358)


                                         s/ ROGER M. ADELMAN
                                    ROGER M. ADELMAN

                                    1100 Connecticut Ave., NW, Suite 730
                                    Washington, DC  20036
                                    Telephone:  202/822-0600
                                    202/822-6722 (fax)

                                    [Proposed] Liaison Counsel

                                    CUNEO GILBERT & LaDUCA, L.L.P.
                                    JONATHAN W. CUNEO (DC Bar # 939389)
                                    WILLIAM H. ANDERSON (DC Bar # 502380)
                                    507 C Street, N.E.
                                    Washington, DC  20002
                                    Telephone:  202/789-3960
                                    202/789-1813 (fax)

                                    [Proposed] Liaison Counsel

- 2 -

        COUGHLIN STOIA GELLER RUDMAN
          & ROBBINS LLP
        PATRICK J. COUGHLIN
        MARK SOLOMON
        MARY K. BLASY
        655 West Broadway, Suite 1900
        San Diego, CA  92101
        Telephone:  619/231-1058
        619/231-7423 (fax)

        [Proposed] Lead Counsel for Plaintiff

        VANOVERBEKE MICHAUD & TIMMONY, P.C.
        MICHAEL J. VANOVERBEKE
        THOMAS C. MICHAUD
        79 Alfred Street
        Detroit, MI  48201
        Telephone:  313/578-1200
        313/578-1201 (fax)

        Attorneys for Plaintiff

S:\CasesSD\BAE Derivative\mot00046149_Solomon.doc

CERTIFICATE OF SERVICE

    I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 9, 2007.

    s/ ROGER M. ADELMAN
    ROGER M. ADELMAN

    LAW OFFICES OF ROGER M. ADELMAN
    ROGER M. ADELMAN (DC Bar # 056358)
    1100 Connecticut Ave., NW, Suite 730
    Washington, DC  20036
    Telephone:  202/822-0600
    202/822-6722 (fax)

    E-mail:  radelman@erols.com

# Mailing Information for a Case 1:07-cv-01646-RMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,maryb@csgrr.com,scotts@csgrr.com,lisamp@csgrr.com,tlatimer@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>                  Plaintiff,<br><br>   vs.<br><br>RICHARD (DICK) L. OLVER, et al.,<br><br>                  Defendants,<br><br>   – and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>                  Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

DECLARATION OF MARK SOLOMON IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE*

MARK SOLOMON hereby certifies that:

1.  My full name is Mark Solomon;

2.  My address and telephone number is:

    Coughlin Stoia Geller Rudman & Robbins LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101
    Telephone: 619/231-1058
    Facsimile: 619/231-17423

3.  I have been admitted to practice law in the courts of the State of California and Ohio, the Southern, Northern and Central Districts of California, the Northern District of Ohio, the District of Colorado and the United States Court of Appeals for the 4th, 8th and 9th Circuits.

4.  I am in good standing with all of the referenced Courts and have not been disciplined by any bar.

5.  Within the past two years, Mr. Solomon has not submitted an application in this Court.

s/ MARK SOLOMON<br>
MARK SOLOMON

S:\CasesSD\BAE Derivative\dec00046159_Solomon.doc

CERTIFICATE OF SERVICE

     I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 9, 2007.

                                                  s/ ROGER M. ADELMAN
                                                  ROGER M. ADELMAN

                                                  LAW OFFICES OF ROGER M. ADELMAN
                                                  ROGER M. ADELMAN (DC Bar # 056358)
                                                  1100 Connecticut Ave., NW, Suite 730
                                                  Washington, DC  20036
                                                  Telephone:  202/822-0600
                                                  202/822-6722 (fax)

                                                  E-mail:radelman@erols.com

# Mailing Information for a Case 1:07-cv-01646-RMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,maryb@csgrr.com,scotts@csgrr.com,lisamp@csgrr.com,tlatimer@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD (DICK) L. OLVER, et al., <br><br> Defendants, <br><br> – and – <br><br> BAE SYSTEMS PLC, an England and Wales corporation, <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 1:07-cv-01646 <br><br> Assigned to: Judge Rosemary M. Collyer |

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF MARK SOLOMON

Upon consideration of the motion of Roger M. Adelman, D.C. Bar Number 056358, active member of the Bar of this Court, for the admission *pro hac vice* of Mark Solomon, and for good cause shown, it is HEREBY ORDERED THAT the Motion for Admission *Pro Hac Vice* of Mark Solomon is GRANTED, and that Mark Solomon be, and the same hereby is, admitted *pro hac vice* to appear and participate as counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT COURT JUDGE

S:\CasesSD\BAE Derivative\ord00046158_Solomon.doc

CERTIFICATE OF SERVICE

    I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 9, 2007.

                                           s/ ROGER M. ADELMAN
                                           ROGER M. ADELMAN

                                           LAW OFFICES OF ROGER M. ADELMAN
                                           ROGER M. ADELMAN (DC Bar # 056358)
                                           1100 Connecticut Ave., NW, Suite 730
                                           Washington, DC  20036
                                           Telephone:  202/822-0600
                                           202/822-6722 (fax)

                                           E-mail:radelman@erols.com

# Mailing Information for a Case 1:07-cv-01646-RMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,maryb@csgrr.com,scotts@csgrr.com,lisamp@csgrr.com,tlatimer@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`