UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER et al.,<br><br>Defendants,<br><br>- and -<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and BAE Systems plc Defendants Mark H. Ronald and Peter A. Weinberg, that the time for Mark H. Ronald and Peter A. Weinberg to answer or otherwise move with respect to the Verified Shareholder Derivative Complaint is hereby extended through and including October 31, 2007.

DATED: October 10, 2007

COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP

_[signature]_

Mary K. Blasy
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Counsel for Plaintiff

LINKLATERS LLP

_[signature]_

Lawrence Byrne (DC Bar No. 4761)
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9105
Facsimile: (212) 903-9100

Counsel for BAE Systems plc Defendants