UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER, et al.<br><br>Defendants.<br><br>- and -<br><br>BAE SYSTEMS PLC, an England and Wales Corporation,<br><br>Nominal Defendant. | ) Civil No. 1:07-cv-01646<br>)<br>) Assigned to: Judge Rosemary M. Collyer<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and counsel for PNC Financial Services Group, Inc. ("PNC"), that the time for PNC to answer or otherwise respond to the Complaint in this case is hereby extended through and including October 31, 2007.

Dated: October 12, 2007

LAW OFFICES OF ROGER M. ADELMAN

/s/ Roger M. Adelman

Roger M. Adelman (D.C. Bar No. 56358)
1100 Connecticut Avenue, N.W.
Suite 730
Washington, D.C. 20036
Telephone: (202) 822-0600
Facsimile: (202) 822-6722
Counsel for Plaintiff

STEPTOE & JOHNSON LLP

/s/ Christopher T. Lutz

Christopher T. Lutz (D.C. Bar No. 204008)
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-6440
Facsimile: (202) 429-3902

Counsel for PNC Financial Services Group, Inc.