## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | ) ) ) | Civil No. 1:07-cv-01646 |
| | ) ) | Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| RICHARD (DICK) L. OLVER et al., | ) ) ) | |
| Defendants, | ) ) | |
| - and – | ) ) | |
| BAE SYSTEMS PLC, an England and Wales corporation, | ) ) ) | |
| Nominal Defendant. | ) ) | |

## RENEWED STIPULATION TO EXTEND TIME

This Renewed Stipulation is entered into by and between counsel for Plaintiff and

BAE Systems plc Defendants Mark H. Ronald and Peter A. Weinberg in the above-captioned action

(the "Parties").

WHEREAS, on October 10, 2007, the Parties filed a Stipulation with the Court

seeking to extend the time for Mark H. Ronald and Peter A. Weinberg to answer or otherwise move

with respect to the Verified Shareholder Derivative Complaint (the "Complaint") through and

including October 31, 2007. Ronald and Weinberg are former and current directors of nominal

Defendant BAE Systems plc, respectively; and

WHEREAS, on October 15, 2007, the Court denied the Stipulation for failure to

show good cause pursuant to Fed. R. Civ. P. 6(b); and

**WHEREAS**, the Parties now seek to resubmit the Stipulation originally filed on October 10, 2007, setting forth herein the various grounds for good cause; and

**WHEREAS**, the above-captioned action is a complex multi-party case, involving 32 different Defendants, the majority of whom are based or reside outside of the United States, thereby raising potentially complicated service of process and case management issues; and

**WHEREAS**, with respect to the BAE Systems plc Defendants named in the Complaint, nominal Defendant BAE Systems plc is an England and Wales corporation based in the United Kingdom, and of the 26 current and former BAE Systems plc Directors named in the Complaint, 22 reside in various countries outside of the United States; and

**WHEREAS**, as of yet, service of process has only been completed as to two BAE Systems plc defendants, Mark H. Ronald and Peter A. Weinberg; and

**WHEREAS**, in a letter dated September 20, 2007 to BAE Systems plc, counsel for Plaintiff proposed that BAE Systems plc and the BAE Systems plc Directors named in the Complaint waive formal service of process pursuant to Fed. R. Civ. P. 4(d), and indicated that, in exchange for such waiver, Plaintiff would be willing to discuss a common response date for all BAE Systems plc Defendants; and

**WHEREAS**, Plaintiff agreed to extend the time for Mark H. Ronald and Peter A. Weinberg to answer or otherwise move with respect to the Complaint to allow the Parties to continue to negotiate a framework for a common date for responses to the Complaint. It is the expectation of the Parties that these negotiations will result in an agreement that avoids the delay and expenses associated with service of process in several foreign countries and eases the administrative burden on the Court that would be caused by multiple response dates, particularly given the high likelihood that the BAE Systems plc Defendants will move to dismiss the Complaint.

2

NOW, **THEREFORE**, it is hereby stipulated and agreed between the Parties that the time for Mark H. Ronald and Peter A. Weinberg to answer or otherwise move with respect to the Complaint is hereby extended through and including October 31, 2007.

DATED: October 15, 2007

**COUGHLIN STOIA GELLER RUDMAN**
**& ROBBINS LLP**


Mary K. Blasy (*pro hac vice* admission pending)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Counsel for Plaintiff

**LINKLATERS LLP**


Lawrence Byrne (DC Bar No. 4761)
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9105
Facsimile: (212) 903-9100

Counsel for BAE Systems plc Defendants


So Ordered:


_____
Hon. Rosemary M. Collyer
United States District Judge