UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on behalf of BAE SYSTEMS PLC, | ) Civil No. 1:07-cv-01646 ) ) Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, | ) ) |
| vs. | ) |
| RICHARD (DICK) L. OLVER, et al. | ) ) |
| Defendants. | ) ) |
| - and - | ) ) |
| BAE SYSTEMS PLC, an England and Wales Corporation, | ) ) ) |
| Nominal Defendant. | ) |

### PNC's MOTION IN SUPPORT OF STIPULATION TO EXTEND TIME

On October 12, 2007, counsel for Plaintiff and counsel for The PNC Financial Services Group, Inc. ("PNC") filed a Stipulation to extend the time for PNC to answer or otherwise respond to the Complaint to October 31, 2007. In an October 15 Order, the Court denied that request on the ground that good cause had not been shown.

This Motion explains the reasons for an extension of time.

First, this purported derivative action seems likely to involve complex factual and legal issues. The complaint is almost 90 pages long, and its allegations concern many years of supposed payments and other activities related to a multi-billion dollar defense contract. There are over 30 defendants. Most of them have listed addresses outside the United States, and the nominal corporate defendant is

organized under the laws of the United Kingdom. Evaluating the claims, facts, and applicable law, and then deciding on an appropriate response, will take longer than the period provided by Fed. R. Civ. Pro. 12.

Second, it is PNC's understanding that a number of overseas defendants have not yet been served. If so, their responses to the complaint will not be filed, and the case will not be fully at issue, for some time.

Third, PNC anticipates that, in the next few weeks, counsel will confer and try to agree on a coordinated schedule with an additional extension for defendants' responses, and then will seek the Court's approval of that schedule. The extension sought in the October 12 Stipulation is meant to provide a period for such discussions.

Finally, the plaintiff does not object to the extension sought.

Therefore, PNC respectfully requests that the Court grant an extension for PNC's response until October 31, 2007 as sought in the parties' October 12 Stipulation. A proposed Order is attached.

                                                  Respectfully submitted

                                                  STEPTOE & JOHNSON LLP

                                                  _____
                                                  Christopher T. Lutz (D.C. Bar No. 204008)
                                                  1330 Connecticut Avenue, N.W.
                                                  Washington, D.C. 20036
                                                  Telephone: (202) 429-6440
                                                  Facsimile: (202) 429-3902

                                                  Counsel for The PNC Financial Services Group, Inc.

        Of Counsel

        WACHTELL, LIPTON, ROSEN & KATZ
        Eric M. Roth
        Adir G. Waldman
        51 West 52nd Street
        New York, New York 10019

        Telephone:   (212) 403-1000
        Facsimile:    (212) 403-2000

Dated: October 16, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on behalf of BAE SYSTEMS PLC, </br></br>Plaintiff, </br></br>vs. </br></br>RICHARD (DICK) L. OLVER, et al. </br></br>Defendants. </br></br>- and - </br></br>BAE SYSTEMS PLC, an England and Wales Corporation, </br></br>Nominal Defendant. | Civil No. 1:07-cv-01646 </br></br>Assigned to: Judge Rosemary M. Collyer |

## ORDER

Having considered the parties' October 12, 2007 Stipulation and the October 16, 2007 Motion of The PNC Financial Services Group, Inc. ("PNC") in support of that Stipulation, and for good cause shown, it is ORDERED that

PNC's time to respond to the Complaint in this case is extended to and including October 31, 2007

                                                                                                                    _____</br>
                                                                                                                    Rosemary M. Collyer</br>
                                                                                                                    United States District Judge

Dated: October ___, 2007

## CERTIFICATE OF SERVICE

I certify that, besides having been filed and distributed electronically on the ECF system, copies of the foregoing PNC's MOTION IN SUPPORT OF STIPULATION TO EXTEND TIME were sent on October 16, 2007, by First Class Mail and telecopy, to the following counsel of record:

Roger M. Adelman
1100 Connecticut Avenue NW – Suite 730
Washington, D.C. 20036
Telecopy: 202 822 6722

Counsel for Plaintiff


Darren J. Robbins
Mary K. Blasy
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway – Suite 1900
San Diego, CA 92101
Telecopy: 619 231 7423

Counsel for Plaintiff


Jonathan W Cuneo
William H Anderson
Cuneo Gilbert & LaDuca LLP
507 C St N.E.
Washington, D.C. 20002
Telecopy 202 789 1813

Counsel for Plaintiff


Michael J. Vanoverbeke
Thomas C. Michaud
Vanoverbeke Michaud & Timmony PC
79 Alfred St.
Detroit MI 48201
Telecopy 313 578 1201

Counsel for Plaintiff

Lawrence Byrne
Mary Warren
Linklaters LLP
1345 Avenue of the Americas
New York, New York 10105
Telecopy 212 903 9100

Counsel for BAE Systems plc Defendants

_____