UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER, et al.,<br><br>Defendants,<br><br>– and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

ENTRY OF APPEARANCE

  Kindly enter my appearance for plaintiff The City of Harper Woods Retirement System in the above-captioned matter.

| | |
|---|---|
| DATED:  October 18, 2007 | LAW OFFICES OF ROGER M. ADELMAN<br>ROGER M. ADELMAN (DC Bar # 056358)<br>1100 Connecticut Ave., NW, Suite 730<br>Washington, DC  20036<br>Telephone:  202/822-0600<br>202/822-6722 (fax)<br><br>CUNEO GILBERT & LaDUCA, L.L.P.<br>JONATHAN W. CUNEO(DC Bar # 939389)<br>WILLIAM H. ANDERSON (DC Bar # 502380)<br>507 C Street, N.E.<br>Washington, DC  20002<br>Telephone:  202/789-3960<br>202/789-1813 (fax)<br><br>[Proposed] Co-Liaison Counsel<br><br>COUGHLIN STOIA GELLER RUDMAN<br>  && ROBBINS LLP<br>PATRICK J. COUGHLIN<br>MARK SOLOMON<br>MARY K. BLASY<br><br>   /s/ PATRICK J. COUGHLIN<br>    PATRICK J. COUGHLIN<br><br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br><br>[Proposed] Lead Counsel for Plaintiff<br><br>VANOVERBEKE MICHAUD & TIMMONY, P.C.<br>MICHAEL J. VANOVERBEKE<br>THOMAS C. MICHAUD<br>79 Alfred Street<br>Detroit, MI  48201<br>Telephone:  313/578-1200<br>313/578-1201 (fax)<br><br>Attorneys for Plaintiff |

S:\CasesSD\BAE Derivative\NOT00046563.doc

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 18, 2007.

s/ PATRICK J. COUGHLIN
PATRICK J. COUGHLIN

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:patc@csgrr.com

- 2 -

# Mailing Information for a Case 1:07-cv-01646-RMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,maryb@csgrr.com,scotts@csgrr.com,lisamp@csgrr.com,tlatimer@csgrr.com

- **Mary K. Blasy**
  maryb@csgrr.com

- **Christopher Talbott Lutz**
  clutz@steptoe.com

- **Mark Solomon**
  marks@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`