UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER, et al.,<br><br>Defendants,<br><br>– and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT AS TO DEFENDANT PHILLIP J. CARROLL

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Roger M. Adelman, Esq.<br>Law Offices of Roger M. Adelman<br>1100 Connecticut Avenue N W, # 730<br>Washington, DC 20036<br>Telephone No: 202-822-0600    FAX No: 202-822-6722 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of Columbia | | |
| Plaintiff: City of Harper Woods Employees' Retirement System, et al | | |
| Defendant: Richard (Dick) L. Olver, et al | | |

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV01646 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint; Civil Case Cover Sheet; Certificate Rule LCVR 7.1; Initial Electronic Case Filing Order; Notice of Right to Consent to Trial Before United States Magistrate Judge; [Proposed] Pre-Trial Order No.1; The City of Harper Woods Employees' Retirement System's Motion to Consolidate Related Actions and Appoint Lead Derivative Counsel

3. a. Party served:                    Phillip J. Carroll
   b. Person served:                   party in item 3a

4. Address where the party was served: 2001 Kirby Drive
                                       Level C
                                       Houston, TX 77019

5. I served the party:
   b. **by substituted service.** On: Wed., Oct. 10, 2007 at: 11:30AM by leaving the copies with or in the presence of:
      Jane Cox, Phillip J. Carroll's personal secretary
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**
   a. Harrison C. Litle
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of Washington, DC that the foregoing is true and correct.

   10-16-07
   (Date)                    (Signature)



LAURA LEE LITLE
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
OCT. 30, 2010

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires _____
                           (Date)

   AFFIDAVIT OF SERVICE            (Notary Public)
   Summons & Complaint

   roade.101325

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Roger M. Adelman, Esq.<br>Law Offices of Roger M. Adelman<br>1100 Connecticut Avenue N W, # 730<br>Washington, DC 20036 | |
| Telephone No: 202-822-0600    FAX: No: 202-822-6722 | Ref. No or File No.: |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of Columbia | |
| Plaintiff: City of Harper Woods Employees' Retirement System, et al | |
| Defendant: Richard (Dick) L. Olver, et al | |

| Affidavit of Reasonable Diligence | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV01646 |
|---|---|---|---|---|

1. I, Harrison C. Litle, and any employee or independent contractors retained by Class Action Research & are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Phillip J. Carroll as follows:

2. **Documents:** Summons In A Civil Case; Verified Shareholder Derivative Complaint; Civil Case Cover Sheet; Certificate Rule Lcvr 7.1; Initial Electronic Case Filing Order; Notice Of Right To Consent To Trial Before United States Magistrate Judge; [Proposed] Pre-Trial Order No.1; The City Of Harper Woods Employees' Retirement System's Motion To Consolidate Related Actions And Appoint Lead Derivative Counsel.

| Day | Date | Time | Location | R e s u l ts |
|---|---|---|---|---|
| Sat | 09/22/07 | 8:40am | Home | This is a exclusive high rise residential complex. The building has a concierge in the main lobby but no one was on duty at this time so I was able to gain access to the floor of the defendant. No answer at door. Attempt made by: Harrison C. Litle. Attempt at: The Huntingdon 2121 Kirby Drive 34S Houston TX 77019. |
| Mon | 09/24/07 | 6:52pm | Home | No concierge in the lobby so I was able to gain access to the defendants floor. No answer at door. Attempt made by: Harrison C. Litle. Attempt at: The Huntingdon 2121 Kirby Drive 34S Houston TX 77019. |
| Wed | 09/26/07 | 10:03am | Home | No concierge in the lobby so I was able to gain access to the defendants floor. No answer at door. Attempt made by: Harrison C. Litle. Attempt at: The Huntingdon 2121 Kirby Drive 34S Houston TX 77019. |
| Sat | 09/29/07 | 9:14am | Home | I was told by the concierge that he would not call Mr. Carroll and that I should leave the premises immediately. Attempt made by: Harrison C. Litle. Attempt at: The Huntingdon 2121 Kirby Drive 34S Houston TX 77019. |
| Fri | 10/05/07 | 3:20pm | Business | Per the conciege, Mr. & Mrs. Carroll lived here about one year ago, but have since moved. Attempt made by: Harrison C. Litle. Attempt at: 5000 Montrose Blvd 17H Houston TX 77006. |

Page: 1    **Affidavit of Reasonable Diligence**    le32.101325

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Roger M. Adelman, Esq.<br>Law Offices of Roger M. Adelman<br>1100 Connecticut Avenue N W, # 730<br>Washington, DC 20036 | | |
| Telephone No: 202-822-0600    FAX: No: 202-822-6722 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of Columbia | | |
| Plaintiff: City of Harper Woods Employees' Retirement System, et al | | |
| Defendant: Richard (Dick) L. Olver, et al | | |

| Affidavit of Reasonable Diligence | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV01646 |
|---|---|---|---|---|

Summons & Complaint

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 10/10/07 | 11:21am | Home | I was told by the concierge to call 713-522-6099 and there would be someone there who would help me get in contact with Mr. Carroll. I spoke to Jane Cox, Personal Secretary to Mr. Carroll. She asked me to meet her at 2001 Kirby on level C of the building. Attempt made by: Harrison C. Litle. Attempt at: The Huntingdon 2121 Kirby Drive 34S Houston TX 77019. |
| Wed | 10/10/07 | 11:30am | Business | Substituted Service on: Phillip J. Carroll Business - 2001 Kirby Drive Level C Houston, TX. 77019 by leaving a copy of the document(s) with: Jane Cox, Phillip J. Carroll's personal secretary. Served by: Harrison C. Litle |
| Wed | 10/10/07 | | | Mailed copy of Documents to: Phillip J. Carroll |

3. *Person Executing*
   a. Harrison C. Litle
   b. **Class Action Research &**
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   *d.. The Fee for service was:*
   I Declare under penalty of perjury under the laws of the State of Washington, DC that the foregoing is true and correct.

10-16-07
(Date)        (Signature)

4. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires_____
Date: Wed, Oct. 10, 2007
   Page: 2

Affidavit of Reasonable Diligence



LAURA LEE LITLE
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
OCT. 30, 2010

| Attorney or Party without Attorney: Roger M. Adelman, Esq. Law Offices of Roger M. Adelman 1100 Connecticut Avenue N W, # 730 Washington, DC 20036 Telephone No: 202-822-0600    FAX No: 202-822-6722 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court - District of Columbia | | | | |
| Plaintiff: City of Harper Woods Employees' Retirement System, et al | | | | |
| Defendant: Richard (Dick) L. Olver, et al | | | | |
| **PROOF OF SERVICE By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: 07CV01646 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint; Civil Case Cover Sheet; Certificate Rule LCVR 7.1; Initial Electronic Case Filing Order; Notice of Right to Consent to Trial Before United States Magistrate Judge; [Proposed] Pre-Trial Order No.1; The City of Harper Woods Employees' Retirement System's Motion to Consolidate Related Actions and Appoint Lead Derivative Counsel

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:           Wed., Oct. 10, 2007
   b. Place of Mailing:          Penryn, CA  95663
   c. Addressed as follows:      Phillip J. Carroll
                                 2001 Kirby Drive
                                 Level C
                                 Houston, TX  77019

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Oct. 10, 2007 in the ordinary course of business.

5. Person Serving:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Janis Dingman                                    d. *The Fee* for Service was:
   b. Class Action Research &                          e. I am: (3)  registered California process server
      Litigation Support Services, Inc.                        (i)    Employee
      P O Box 740                                              (ii)   Registration No.:    2005-27
      Penryn, CA  95663                                        (iii)  County:              Sacramento
   c. (866) 663-9590, FAX (866) 663-4955                       (iv)   Expiration Date:     Wed, Apr. 29, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Oct. 10, 2007

                                                                      (Janis Dingman)

Judicial Council Form                    PROOF OF SERVICE                                     roade.101325
Rule 982.9.(a)&(b) Rev January 1, 2007        By Mail