UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, Plaintiff, vs. RICHARD (DICK) L. OLVER, et al., Defendants, – and – BAE SYSTEMS PLC, an England and Wales corporation, Nominal Defendant. | Civil No. 1:07-cv-01646<br>Assigned to: Judge Rosemary M. Collyer |

PLAINTIFF'S MOTION FOR LEAVE TO SERVE PROCESS BY ALTERNATIVE MEANS

PLEASE TAKE NOTICE that upon the annexed Affidavit of Mark K. Blasy, sworn to the 14th day of November, 2007, and the exhibits annexed thereto, the undersigned attorneys for plaintiff respectfully moves the Court pursuant to Fed. R. Civ. P. 4(f)(3) for an order:

1. Granting leave to serve defendant Prince Bandar Bin Sultan ("Bandar"), a Saudi Arabian national residing in Saudi Arabia, by one or a combination of the following alternative means:

(a) Through service by certified mail upon the attorneys representing Bandar in unrelated litigation pending in the Southern District of New York arising out of the 9/11 terrorist attacks;

(b) through service by certified mail upon Bandar's Colorado attorney designated on the title to his Colorado residential estate, and which is alleged in this action to have been purchased with bribe money illegally paid by and belonging to BAE Systems, who is assisting Bandar with the sale of that estate; and

(c) by certified mail to defendant Bandar at his known residences in the U.S. and the U.K.

2. Granting such other and further relief as the Court deems just.

DATED: November 14, 2007

COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
PATRICK J. COUGHLIN
MARK SOLOMON
MARY K. BLASY

s/ MARY K. BLASY
MARY K. BLASY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

CUNEO GILBERT & LaDUCA, L.L.P.
JONATHAN W. CUNEO(DC Bar # 939389)
WILLIAM H. ANDERSON (DC Bar # 502380)
507 C Street, N.E.
Washington, DC 20002
Telephone: 202/789-3960
202/789-1813 (fax)

VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Attorneys for Plaintiff

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)
1100 Connecticut Ave., NW, Suite 730
Washington, DC 20036
Telephone: 202/822-0600
202/822-6722 (fax)

Local Counsel

S:\CasesSD\BAE Derivative\MOT00046153.doc

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 14, 2007.

s/ MARY K. BLASY

MARY K. BLASY

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: MaryB@csgrr.com

# Mailing Information for a Case 1:07-cv-01646-RMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,maryb@csgrr.com,scotts@csgrr.com,lisamp@csgrr.com,tlatimer@csgrr.con
- **Mary K. Blasy**
  maryb@csgrr.com
- **Lawrence Byrne**
  larry.byrne@linklaters.com
- **Patrick J. Coughlin**
  patc@csgrr.com
- **Christopher Talbott Lutz**
  clutz@steptoe.com
- **Mark Solomon**
  marks@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

BAE DERIVATIVE
Service List - 11/13/2007 (07-0195)
Page 1 of 2

William R. Jordan III
Aspcol Corporation, N.V.
418 E. Cooper Avenue, Suite 202
Aspen, CO 81611
907/925-1214

Nancy H. Dutton
Dutton & Dutton PC
5017 Tiden Street, N.W.
Washington, DC 20016
202/686-3500
202/966-6621 (Fax)

Lawrence Byrne
Michael Osnato
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
212/903-9000
212/903-9100 (Fax)

Richard L. Brusca
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
202/371-7000
202/393-5760 (Fax)

Christopher T. Lutz
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
202/429-3000
202/429-3902 (Fax)

Eric M. Roth
Adir G. Waldman
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
212/403-1000
212/403-2000 (Fax)

**Counsel For Plaintiff(s)**

Patrick J. Coughlin
Mark Solomon
Mary K. Blasy
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
619/231-1058
619/231-7423 (Fax)

Jonathan W. Cuneo
William H. Anderson
Cuneo Gilbert & LaDuca, L.L.P.
507 C Street, N.E.
Washington, DC 20002
202/789-3960
202/789-1813 (Fax)

BAE DERIVATIVE
Service List - 11/13/2007 (07-0195)
Page 2 of 2

Roger M. Adelman
Law Offices of Roger M. Adelman
1100 Connecticut Ave., N.W., Suite 730
Washington, DC 20036
202/822-0600
202/822-6722 (Fax)

Michael J. VanOverbeke
Thomas C. Michaud
VanOverbeke Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI 48201
313/578-1200
313/578-1201 (Fax)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER, et al.,<br><br>Defendants,<br><br>– and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

ORDER GRANTING PLAINTIFF'S MOTION TO SERVICE PROCESS BY ALTERNATE MEANS

Having considered Plaintiff's Motion for Leave to Serve Process by Alternative Means (the "Motion"), the Court hereby grants plaintiff's Motion. Pursuant to Fed. R. Civ. P. 4(f)(3), plaintiff may serve defendant Prince Bandar Bin Sultan ("Bandar"), a Saudi Arabian national residing in Saudi Arabia, by one or a combination of the following alternative means:

(a) Through service by certified mail upon the attorneys representing Bandar in unrelated litigation pending in the Southern District of New York arising out of the 9/11 terrorist attacks;

(b) through service by certified mail upon Bandar's Colorado attorney designated on the title to his Colorado residential estate, which is alleged in this action to have been purchased with bribe money illegally paid by and belonging to BAE Systems, and who is assisting Bandar with the sale of that estate; and

(c) by certified mail to defendant Bandar at his known residences in the U.S. and the U.K.

IT IS SO ORDERED.

DATED: ______________________

______________________________
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

S:\CasesSD\BAE Derivative\ORD00046818.doc

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 14, 2007.

s/ MARY K. BLASY

MARY K. BLASY

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: MaryB@csgrr.com

# Mailing Information for a Case 1:07-cv-01646-RMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,maryb@csgrr.com,scotts@csgrr.com,lisamp@csgrr.com,tlatimer@csgrr.con
- **Mary K. Blasy**
  maryb@csgrr.com
- **Lawrence Byrne**
  larry.byrne@linklaters.com
- **Patrick J. Coughlin**
  patc@csgrr.com
- **Christopher Talbott Lutz**
  clutz@steptoe.com
- **Mark Solomon**
  marks@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

BAE DERIVATIVE
Service List - 11/13/2007 (07-0195)
Page 1 of 2

William R. Jordan III
Aspcol Corporation, N.V.
418 E. Cooper Avenue, Suite 202
Aspen, CO 81611
907/925-1214

Nancy H. Dutton
Dutton & Dutton PC
5017 Tiden Street, N.W.
Washington, DC 20016
202/686-3500
202/966-6621 (Fax)

Lawrence Byrne
Michael Osnato
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
212/903-9000
212/903-9100 (Fax)

Richard L. Brusca
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
202/371-7000
202/393-5760 (Fax)

Christopher T. Lutz
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
202/429-3000
202/429-3902 (Fax)

Eric M. Roth
Adir G. Waldman
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
212/403-1000
212/403-2000 (Fax)

**Counsel For Plaintiff(s)**

Patrick J. Coughlin
Mark Solomon
Mary K. Blasy
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
619/231-1058
619/231-7423 (Fax)

Jonathan W. Cuneo
William H. Anderson
Cuneo Gilbert & LaDuca, L.L.P.
507 C Street, N.E.
Washington, DC 20002
202/789-3960
202/789-1813 (Fax)

Roger M. Adelman
Law Offices of Roger M. Adelman
1100 Connecticut Ave., N.W., Suite 730
Washington, DC 20036
202/822-0600
202/822-6722 (Fax)

Michael J. VanOverbeke
Thomas C. Michaud
VanOverbeke Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI 48201
313/578-1200
313/578-1201 (Fax)