AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CITY OF HARPER WOODS
EMPLOYEES' RETIREMENT SYSTEM   )
        Plaintiff(s)   )   **APPEARANCE**
          )
          )
        vs.   )   CASE NUMBER   07-cv-1646
OLVER, et al.   )
          )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jonanthan W. Cuneo__ as counsel in this
               (Attorney's Name)

case for: __City of Harper Woods Employees' Retirement System (Plaintiff)__
            (Name of party or parties)

__December 18, 2007__
Date

__939389__
BAR IDENTIFICATION

__[signature]__
Signature

__Jonathan W. Cuneo__
Print Name

__507 C Street, NE__
Address

__Washington, DC 20002__
City    State    Zip Code

__202/ 789-3960__
Phone Number