UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM**, Derivatively on Behalf of BAE SYSTEMS, PLC,<br><br>          Plaintiff,<br><br>     v.<br><br>**RICHARD L. OLVER,** *et al.*,<br><br>          Defendants. | Civil Action No. 07-1646 (RMC) |

## ORDER

Having considered Plaintiff's Motion for Leave to Serve Process by Alternative Means and Memorandum in Support [Dkt. ## 18, 19] and Supplement to Plaintiff's Motion for Leave to Serve Process by Alternative Means [Dkt. # 23], it is hereby

**ORDERED** that Plaintiff's Motion for Leave to Serve Process by Alternative Means [Dkt. # 18] is **GRANTED**; and it is

**FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiff may serve Defendant Prince Bandar Bin Sultan ("Bandar"), a Saudi Arabian national residing in Saudi Arabia, by the following proposed alternative means:[1]

   (a) Through service by certified mail upon the attorneys retained to represent Bandar in the U.S. Department of Justice's Foreign Corrupt Practices Act criminal investigation; <u>and</u>

   (b) through service by certified mail upon the attorneys representing Bandar in

---

[1] Plaintiff proposed service by "one or a combination" of alternative means. However, by the terms of this Order, Plaintiff must employ <u>all</u> four alternative means.

unrelated litigation pending in the Southern District of New York arising out of the September 11, 2001 terrorist attacks; and

(c) through service by certified mail upon Bandar's Colorado attorney designated on the title to his Colorado residential estate, which is alleged in this action to have been purchased with bribe money illegally paid by and belonging to BAE Systems, and who is assisting Bandar with the sale of that estate; and

(d) by certified mail to defendant Bandar at his known residences in the U.S. and the U.K.

**SO ORDERED**.

DATE:  December 20, 2007                              /s/
                                                ROSEMARY M. COLLYER
                                                United States District Judge