UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re BAE SYSTEMS PLC DERIVATIVE LITIGATION | ) Civil No. 1:07-cv-01646 ) ) Assigned to: Judge Rosemary M. Collyer |
| This Document Relates To:  ALL ACTIONS. | ) ) ) ) ) ) |

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT PRINCE BANDAR BIN SULTAN'S RESPONSE DATE**

**WHEREAS**, on September 19, 2007 plaintiff the City of Harper Woods Employees' Retirement System filed a Verified Shareholder Derivative Complaint For Intentional, Reckless or Negligent Breach Of Fiduciary Duty, Corporate Waste and Ultra Vires Conduct (the "Complaint") on behalf of BAE Systems plc (the "Nominal Defendant") against: (i) current or former BAE Systems plc directors or executives Richard (Dick) L. Olver, Michael J. Turner, Walter P. Havenstein, Ian G. King, George W. Rose, Christopher V. Geoghegan, Phillip J. Carroll, Michael J. Hartnall, Sir Peter James Mason, Roberto Quarta, Sir Anthony Nigel Russell Rudd, Peter A. Weinberg, Andrew George Inglis, Ulrich Cartellieri, Sue Birley, Michael Lester, Mark H. Ronald, Michael Denzil Xavier Portillo, Sir Richard Harry Evans, Lord Alexander Hesketh, John Pix Weston, Keith Clark Brown, Steve Lewis Mogford, Paolo Scaroni, Sir Robin Biggam, and Sir Charles Beech Gordon Masefield (the "Individual BAE Systems plc Defendants"); (ii) The PNC Financial Services Group, Inc, As Successor to Riggs National Corporation/Riggs Bank, N.A. ("PNC"); (iii) Prince Bandar Bin Sultan ("Prince Bandar"); and (iv) Joseph L. Allbritton, Robert L. Allbritton and Barbara Allbritton (the "Allbritton Defendants");

**WHEREAS**, pursuant to Pretrial Order #1 entered herein on December 20, 2007, the Nominal Defendant, Certain Individual BAE Systems plc Defendants, PNC and the Allbritton Defendants obtained extensions until January 31, 2008 to respond to the Complaint;

**WHEREAS**, on December 20, 2007 the Court granted plaintiff leave to serve Prince Bandar by alternative means pursuant to Federal Rule of Civil Procedure 4(f) and service was immediately effected by plaintiff under the means prescribed in that Order;

**WHEREAS**, Federal Rule of Civil Procedure 6(b) grants this Court discretion to extend the time within which a response is due for cause if the request is made before the time to answer has expired; and

**WHEREAS**, Prince Bandar sought, and Lead Derivative Counsel hereby grants subject to Court approval, an extension to respond to the Complaint until 30 days after the Court rules on the Nominal Defendant or another defendants' motion(s) to dismiss filed on or before January 31, 2008;

**NOW, THEREFORE**, it is hereby stipulated and agreed between plaintiff and Prince Bandar, through their counsel listed below, subject to the approval of the Court, that:

1. Service of process on Prince Bandar was effective December 31, 2007.

2. Prince Bandar's response date is extended through and including 30 days following entry of order resolving any motion(s) to dismiss filed by the Nominal Defendant or another defendant on or before January 31, 2008.

**IT IS SO STIPULATED.**

DATED: January 18, 2008

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)

_____
ROGER M. ADELMAN

1100 Connecticut Ave., NW, Suite 730
Washington, DC 20036
Telephone: 202/822-0600
202/822-6722 (fax)

CUNEO GILBERT & LaDUCA, L.L.P.
JONATHAN W. CUNEO (DC Bar # 939389)
WILLIAM H. ANDERSON (DC Bar # 502380)
507 C Street, N.E.
Washington, DC 20002
Telephone: 202/789-3960
202/789-1813 (fax)

Co-Liaison Counsel

- 2 -

        COUGHLIN STOIA GELLER RUDMAN
           & ROBBINS LLP
        PATRICK J. COUGHLIN
        MARK SOLOMON
        MARY K. BLASY
        655 West Broadway, Suite 1900
        San Diego, CA 92101
        Telephone: 619/231-1058
        619/231-7423 (fax)

        Lead Counsel for Plaintiff

        VANOVERBEKE MICHAUD & TIMMONY, P.C.
        MICHAEL J. VANOVERBEKE
        THOMAS C. MICHAUD
        79 Alfred Street
        Detroit, MI 48201
        Telephone: 313/578-1200
        313/578-1201 (fax)

        Attorneys for Plaintiff

DATED: January 17, 2008

        HOWREY, LLP
        WM. BRADFORD REYNOLDS (DC Bar # 179010)

        /s/ WM. Bradford Reynolds
        _____
        WM. BRADFORD REYNOLDS

        1299 Pennsylvania Ave., NW
        Washington, DC 20004
        Telephone: 202/383-6912
        202/383-6610 (fax)

        Counsel for Defendant Prince Bandar Bin Sultan

**IT IS SO ORDERED.**

DATED: _____

        _____
        THE HONORABLE ROSEMARY M. COLLYER
        UNITED STATES DISTRICT JUDGE

S:\Users\SD\MaryB\BAE Systems\BANDAR STIP.doc