UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER, et al.,<br><br>    Defendants,<br><br>– and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>    Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING INDIVIDUAL BAE SYSTEMS PLC DEFENDANT MICHAEL LESTER'S RESPONSE DATE**

**WHEREAS**, on September 19, 2007 plaintiff the City of Harper Woods Employees' Retirement System filed a Verified Shareholder Derivative Complaint For Intentional, Reckless or Negligent Breach Of Fiduciary Duty, Corporate Waste and *Ultra Vires* Conduct (the "Complaint") on behalf of BAE Systems plc (the "Nominal Defendant") against: (i) current or former BAE Systems plc directors or executives Richard (Dick) L. Olver, Michael J. Turner, Walter P. Havenstein, Ian G. King, George W. Rose, Christopher V. Geoghegan, Phillip J. Carroll, Michael J. Hartnall, Sir Peter James Mason, Roberto Quarta, Sir Anthony Nigel Russell Rudd, Peter A. Weinberg, Andrew George Inglis, Ulrich Cartellieri, Sue Birley, Michael Lester, Mark H. Ronald, Michael Denzil Xavier Portillo, Sir Richard Harry Evans, Lord Alexander Hesketh, John Pix Weston, Keith Clark Brown, Steve Lewis Mogford, Paolo Scaroni, Sir Robin Biggam, and Sir Charles Beech Gordon Masefield (the "Individual BAE Systems plc Defendants"); (ii) The PNC Financial Services Group, Inc, As Successor to Riggs National Corporation/Riggs Bank, N.A. ("PNC"); (iii) Prince Bandar Bin Sultan; and (iv) Joseph L. Allbritton, Robert L. Allbritton and Barbara Allbritton (the "Allbritton Defendants");

**WHEREAS**, pursuant to Pretrial Order #1 entered herein on December 20, 2007, the Nominal Defendant, Certain Individual BAE Systems plc Defendants, PNC and the Allbritton Defendants obtained extensions until January 31, 2008 to respond to the Complaint;

**WHEREAS**, pursuant to Pretrial Order #1, Individual BAE Systems plc Defendants Sir Robbin Biggam, Sue Birley, Keith Clark Brown, Sir Richard Harry Evans, Lord Alexander Hesketh, Michael Lester, Sir Charles Beech Gordon Masefield, Steve Lewis Mogford, Michael Denzil Xavier Portillo, Paolo Scaroni, and John Pix Weston (collectively, "Remaining Individual BAE Systems plc Defendants"), did not agree to waive formal service of process;

**WHEREAS**, pursuant to Pretrial Order #1, to the extent valid service of process was effected on any of the Remaining Individual BAE Systems plc Defendants on or before December 31, 2007,

the response date for any Remaining Individual BAE Systems plc Defendant so served would be January 31, 2008.

**WHEREAS**, formal service of process was effected on Individual BAE Systems plc Defendant Michael Lester on January 7, 2008, after the December 31, 2007 deadline in Pretrial Order #1;

**WHEREAS**, Federal Rule of Civil Procedure 6(b) provides this Court discretion to extend the time within which a response is due for cause if the request is made before the time to answer has expired;

**WHEREAS**, the parties have met and agreed to apply the same response date and briefing schedule set forth in Pretrial Order #1 to Individual BAE Systems plc Defendant Michael Lester in an effort to ease the administrative burden on the Court that would be caused by multiple response dates;

**NOW, THEREFORE**, it is hereby stipulated and agreed between plaintiff and Individual BAE Systems plc Defendant Michael Lester, through their counsel listed below, subject to the approval of the Court, that:

1. Service of process on Individual BAE Systems Defendant Michael Lester was effective January 7, 2008.

2. Individual BAE Systems plc Defendant Michael Lester's response date is hereby extended through and including January 31, 2008.

**IT IS SO STIPULATED.**

DATED: January 23, 2008

COUGHLIN STOIA GELLER RUDMAN
  & ROBBINS LLP
PATRICK J. COUGHLIN
MARK SOLOMON
MARY K. BLASY

_____
MARY K. BLASY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)
1100 Connecticut Ave., NW, Suite 730
Washington, DC 20036
Telephone: 202/822-0600
202/822-6722 (fax)

CUNEO GILBERT & LaDUCA, L.L.P.
JONATHAN W. CUNEO (DC Bar # 939389)
WILLIAM H. ANDERSON (DC Bar # 502380)
507 C Street, N.E.
Washington, DC 20002
Telephone: 202/789-3960
202/789-1813 (fax)

Co-Liaison Counsel for Plaintiff

VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Attorneys for Plaintiff

- 3 -

DATED: January 24, 2008

LINKLATERS LLP
LAWRENCE BYRNE (DC Bar # 4761)

_____
LAWRENCE BYRNE

1345 Avenue of the Americas
New York, NY 10105
Telephone: 212/903-9105
212/903-9100 (fax)

Attorneys for Individual BAE Systems plc Defendant Michael Lester

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

- 4 -