UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on behalf of BAE SYSTEMS PLC, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD (DICK) L. OLVER, et al., <br><br> Defendants <br><br> - and - <br><br> BAE SYSTEMS PLC, an England and Wales Corporation, <br><br> Nominal Defendant. | Civil No. 1:07-cv-01646 <br><br> Assigned to: Judge Rosemary M. Collyer |

## PNC'S CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for The PNC Financial Services Group, Inc. ("PNC") certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of PNC which have any outstanding securities in the hands of the public.

Black Rock, Inc.

The PNC Financial Services Group, Inc.

PNC Funding Corp.

PNC Bank, National Association

PNC Capital Trust C

PNC Capital Trust D

      Riggs Capital II

      UNB Capital Trust I

      James Monroe Statutory Trust II

      James Monroe Statutory Trust III

      Yardville Capital Trust II

      Yardville Capital Trust III

      Yardville Capital Trust IV

      Yardville Capital Trust V

      Yardville Capital Trust VI

These representations are made in order that the judges of this court may determine the need for recusal.

      Respectfully submitted,

      STEPTOE & JOHNSON LLP

      _____
      Christopher T. Lutz (D.C. Bar No. 204008)
      1330 Connecticut Avenue, N.W.
      Washington, D.C. 20036
      Telephone: (202) 429-6440
      Facsimile: (202) 429-3902

      Of Counsel:

      WACHTELL, LIPTON, ROSEN & KATZ
      Eric M. Roth

        Adir G. Waldman
        51 West 52nd Street
        New York, New York 10019

        Telephone:  (212) 403-1000
        Facsimile:   (212) 403-2000

        Counsel for The PNC Financial Services Group, Inc.

Dated: January 31, 2008

## CERTIFICATE OF SERVICE

I certify that, besides having been filed and distributed electronically on the ECF system, copies of the foregoing PNC'S CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA were sent on January 31, 2008, by First Class Mail, to the following counsel of record:

        Roger M. Adelman
        1100 Connecticut Avenue, N.W. – Suite 730
        Washington, D.C. 20036

        Counsel for Plaintiff

        Darren J. Robbins
        Mary K. Blasy
        Coughlin Stoia Geller Rudman & Robbins LLP
        655 West Broadway – Suite 1900
        San Diego, CA 92101

        Counsel for Plaintiff

        Jonathan W. Cuneo
        William H. Anderson
        Cuneo Gilbert & LaDuca LLP
        507 C St., N.E.
        Washington, D.C. 20002

        Counsel for Plaintiff

        Michael J. Vanoverbeke
        Thomas C. Michaud
        Vanoverbeke Michaud & Timmony PC
        79 Alfred St.
        Detroit, MI 48201

Counsel for Plaintiff

Lawrence Byrne
Mary Warren
Linklaters LLP
1345 Avenue of the Americas
New York, New York 10105

Counsel for BAE Systems plc Defendants

Richard L. Brusca (D.C. Bar No. 366746)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave., N.W.
Washington, D.C. 20005

Counsel for the Albritton Defendants

Wm. Bradford Reynolds
Howrey, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Counsel for Defendant Prince Bandar bin Sultan

_____