UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on behalf of BAE SYSTEMS PLC,<br><br>                      Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER, et al.,<br><br>                      Defendants<br><br>    - and -<br><br>BAE SYSTEMS PLC, an England and Wales Corporation,<br><br>                  Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

## PNC's AND THE ALLBRITTONS' JOINT MOTION TO DISMISS

Defendants The PNC Financial Services Group, Inc. ("PNC") and Joe, Barbara, and Robert Allbritton ("the Allbrittons") hereby move to dismiss the claims against them under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.[1]

The grounds for this Motion, more fully explained in the accompanying Memorandum of Points and Authorities, are the following:

---

[1] PNC and the Allbrittons are separate, separately represented, parties. Their respective positions and submissions on other matters in this case may also be separate. Nonetheless, because the limited allegations in the Complaint against them differ only slightly, and because the issues affecting all of them are, in this instance, basically the same, they are submitting this Joint Motion.

1) The plaintiff cannot satisfy the requirements for bringing a derivative action on behalf of an English company such as BAE plc, and therefore lacks standing to bring its aiding and abetting claims against PNC and the Allbrittons.

2) The Complaint fails to state a claim for aiding and abetting against PNC and the Allbrittons and in fact contains allegations inconsistent with such a claim.

3) Even if the plaintiff could maintain this action on behalf of BAE, the alleged misconduct of BAE plc officers and directors must be imputed to BAE as a matter of law, and the derivative claims against PNC and the Allbrittons would be barred by the doctrine of *in pari delicto*.

Therefore, PNC and the Allbrittons respectfully request that the Court enter an Order dismissing the claims against them.

A proposed Order is attached to the accompanying Memorandum of Points and Authorities. Oral argument is respectfully requested.

Respectfully submitted,

STEPTOE & JOHNSON LLP

_____
Christopher T. Lutz (D.C. Bar No. 204008)
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-6440
Facsimile: (202) 429-3902

Of Counsel:

WACHTELL, LIPTON, ROSEN & KATZ
Eric M. Roth
Adir G. Waldman
51 West 52nd Street
New York, New York 10019

Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

Counsel for The PNC Financial Services Group, Inc.



SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*Richard Brusca*

Richard L. Brusca (D.C. Bar No. 366746)
1440 New York Ave., N.W.
Washington, D.C. 20005

Telephone:  (202) 371-7140
Facsimile:  (202) 661-8209


Of Counsel:

Michael W. Mitchell
Four Times Square
New York, New York 10036

Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000

Counsel for the Allbrittons


Dated: January 31, 2008

## CERTIFICATE OF SERVICE

I certify that, besides having been filed and distributed electronically on the ECF system, copies of the foregoing PNC's AND THE ALLBRITTONS' JOINT MOTION TO DISMISS were sent on January 31, 2008, by First Class Mail, to the following counsel of record:

Roger M. Adelman
1100 Connecticut Avenue, N.W. – Suite 730
Washington, D.C. 20036

Counsel for Plaintiff


Darren J. Robbins
Mary K. Blasy
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway – Suite 1900
San Diego, CA 92101

Counsel for Plaintiff


Jonathan W. Cuneo
William H. Anderson
Cuneo Gilbert & LaDuca LLP
507 C St., N.E.
Washington, D.C. 20002

Counsel for Plaintiff


Michael J. Vanoverbeke
Thomas C. Michaud
Vanoverbeke Michaud & Timmony PC
79 Alfred St.
Detroit, MI 48201

Counsel for Plaintiff

Lawrence Byrne
Mary Warren
Linklaters LLP
1345 Avenue of the Americas
New York, New York 10105

Counsel for BAE Systems plc Defendants

Wm. Bradford Reynolds
Howrey, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Counsel for Defendant Prince Bandar bin Sultan

_____