UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER et al.,<br><br>Defendants,<br><br>- and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer<br><br>**ORAL HEARING REQUESTED** |

**MOTION BY BAE SYSTEMS PLC AND THE INDIVIDUAL
BAE SYSTEMS PLC DEFENDANTS TO DISMISS THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), (b)(2), and (b)(6) and the doctrine of *forum non conveniens*, and upon the Memorandum of Points and Authorities in Support of the Motion of BAE Systems plc and the Individual BAE Systems plc Defendants to Dismiss the Complaint; the Declaration of Martin Moore QC dated January 30, 2008, and exhibits attached thereto; the Declaration of David Parkes dated January 31, 2008; the 24 Declarations of the Individual BAE Systems plc Defendants; and all other papers and proceedings herein, Nominal Defendant BAE Systems plc and the Individual BAE Systems plc Defendants Sir Robin Biggam, Keith Clark Brown, Philip J. Carroll, Ulrich Cartellieri, Sir Richard Harry Evans, Christopher V. Geoghegan, Michael J. Hartnall, Walter P. Havenstein, Lord Alexander Hesketh, Andrew

George Inglis, Ian G. King, Michael Lester, Sir Charles Beech Gordon Masefield, Sir Peter James Mason, Steve Lewis Mogford, Richard (Dick) L. Olver, Michael Denzil Xavier Portillo, Roberto Quarta, Mark H. Ronald, George W. Rose, Sir Anthony Nigel Russell Rudd, Michael J. Turner, Peter A. Weinberg, and John Pix Weston respectfully move to dismiss the complaint against them.

DATED: January 31, 2008
New York, New York

Respectfully submitted,

LINKLATERS LLP

BY: LAWRENCE BYRNE (DC Bar # 4761)

_Lawrence Byrne /E.O._
LAWRENCE BYRNE

Of Counsel:
Mary K. Warren
Jeffery Commission
Kristopher Kerstetter

1345 Avenue of the Americas
New York, NY 10105
Telephone: 212-903-9105
Facsimile: 212-903-9100

Attorneys for Nominal Defendant BAE Systems plc and Individual Defendants Sir Robin Biggam, Keith Clark Brown, Philip J. Carroll, Ulrich Cartellieri, Sir Richard Harry Evans, Christopher V. Geoghegan, Michael J. Hartnall, Walter P. Havenstein, Lord Alexander Hesketh, Andrew George Inglis, Ian G. King, Michael Lester, Sir Charles Beech Gordon Masefield, Sir Peter James Mason, Steve Lewis Mogford, Richard (Dick) L. Olver, Michael Denzil Xavier Portillo, Roberto Quarta, Mark H. Ronald, George W. Rose, Sir Anthony Nigel Russell Rudd, Michael J. Turner, Peter A. Weinberg, and John Pix Weston