UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD (DICK) L. OLVER et al., <br><br> Defendants, <br><br> - and - <br><br> BAE SYSTEMS PLC, an England and Wales corporation, <br><br> Nominal Defendant. | Civil No. 1:07-cv-01646 <br><br> Assigned to: Judge Rosemary M. Collyer |

### CERTIFICATE UNDER LCvR 7.1
### OF NOMINAL DEFENDANT BAE SYSTEMS PLC

I, the undersigned, counsel of record for BAE Systems plc, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of BAE Systems plc, which have any outstanding securities in the hands of the public: Saab AB.

These representations are made in order that judges of this court may determine the need for recusal.

DATED:  January 31, 2008         *Attorney of Record for Nominal Defendant BAE Systems plc*
        New York, New York

                                  /s/ Lawrence Byrne /E.D.
                                  LAWRENCE BYRNE (DC Bar # 4761)
                                  LINKLATERS LLP
                                  1345 Avenue of the Americas
                                  New York, NY 10105
                                  Telephone: 212-903-9105
                                  Facsimile: 212-903-9100