UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>                    Plaintiff,<br><br>   vs.<br><br>RICHARD (DICK) L. OLVER et al.,<br><br>                    Defendants,<br><br>   - and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>                  Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

### DECLARATION OF DAVID PARKES

Pursuant to 28 U.S.C. § 1746, I, David Parkes, declare as follows:

     1.     I am a citizen of the United Kingdom and the Company Secretary of BAE Systems plc. I submit this Declaration in support of the motion by BAE Systems plc and the individual defendants to dismiss this action.

     2.     I have reviewed the VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT FOR INTENTIONAL, RECKLESS OR NEGLIGENT BREACH OF FIDUCIARY DUTY, CORPORATE WASTE AND *ULTRA VIRES* CONDUCT filed in *City of Harper Woods Employees' Retirement System v. Olver et al.*, No. 1:07-cv-01646 (D.D.C. filed Sept. 19, 2007).

     3.     I make the statements set forth herein based on personal knowledge or knowledge that I have obtained from business records maintained in the ordinary course of business.

Company History and Business

4.      BAE Systems plc is a defence and aerospace company incorporated under the laws of England and Wales. Its business lines include defence products and services for air, land, and naval forces, as well as advanced electronics, information technology solutions, and customer support services.

5.      The registered and principal office of BAE Systems plc is located at 6 Carlton Gardens, London, United Kingdom.

6.      The books and records of BAE Systems plc are maintained in London, United Kingdom; Farnborough, United Kingdom; and Worthing, United Kingdom.

7.      BAE Systems plc was originally British Aerospace, a corporation established under the Aircraft and Shipbuilding Industries Act 1977 to acquire by nationalization the United Kingdom's principal aircraft manufacturing and guided missile companies. British Aerospace was privatized pursuant to the British Aerospace Act, 1980, and became a public company, British Aerospace plc, on 1 January 1981. On 11 February 1981, ordinary shares of British Aerospace plc began to be listed on the London Stock Exchange. On 29 November 1999, British Aerospace plc acquired the Marconi Electronic Systems business, part of The General Electric Company p.l.c., and subsequently in 2000 changed its name to BAE Systems plc.

8.      In September 1998, BAE Systems plc launched a Level 1 American Depositary Receipts programme traded on an Over The Counter ("OTC") basis which still continues today. The OTC market refers to the trading of securities directly between two parties rather than on an open exchange. An American Depositary Receipt is a security tradable in the United States that represents a certain number of shares in a foreign company. Under an ADR programme, each ADR is issued by a depositary, which in the case of BAE Systems plc is JPMorgan Chase Bank. JPMorgan Chase Bank in turn employs Guaranty Nominees Limited as custodian to hold the

depositary's shares. Under its Level 1 ADR programme, the ADRs of BAE Systems plc are not registered with the Securities and Exchange Commission ("SEC") and BAE Systems plc is not subject to SEC filing requirements other than to file that which it files in its home market in the United Kingdom. (By contrast, Level 2 and 3 ADRs can be listed on United States exchanges but require the filing of a registration statement and further regular filings.)

9.  BAE Systems plc acts principally as a holding company for the BAE Systems group of companies, its activities being limited to certain holding and parent company activities managed through head office employees located in London and Farnborough. Operational activities are conducted by subsidiary companies located principally in the United Kingdom, United States, Australia, Sweden and South Africa.

10. BAE Systems plc does not manufacture, distribute or sell products in the United States. It does not offer or provide services to customers located in the United States. It does not solicit business in the United States. It has no offices in the United States. It does not own or lease real estate in the United States.

11. In 1985 the governments of the United Kingdom and the Kingdom of Saudi Arabia entered into arrangements for the provision of military hardware and services known as the Al Yamamah programme. BAE Systems plc entered into contracts with the government of the U.K. to enable the U.K. to discharge its obligations under those arrangements. The details of the Al Yamamah programme are classified pursuant to the laws of both the United Kingdom and the Kingdom of Saudi Arabia.

### The Board of Directors of BAE Systems plc

12. The business and affairs of BAE Systems plc are managed by the Board of Directors, which currently consists of 12 directors, of which 4 are executive and 8 are non-executive directors.

13. The administrative functions necessary to support the Board of Directors are performed in London, United Kingdom, and Farnborough, United Kingdom, including but not limited to the transcription and filing of minutes, the preparation and storage of paperwork and documents, and other preparations for the Board's meetings.

14. 22 of the 26 current and former directors and officers of BAE Systems plc who are named as individual defendants in the Derivative Complaint reside outside the United States. The following are citizens and residents of the United Kingdom: Sir Robin Biggam, Ms. Birley, Mr. Brown, Sir Richard Evans, Mr. Geoghegan, Mr. Hartnall, Lord Hesketh, Mr. Inglis, Mr. King, Mr. Lester, Sir Charles Masefield, Sir Peter Mason, Mr. Mogford, Mr. Olver, Mr. Portillo, Mr. Rose, Sir Nigel Rudd, Mr. Turner, and Mr. Weston. Mr. Cartellieri is a citizen and resident of Germany. Mr. Scaroni is a citizen and resident of Italy. Mr. Quarta is a dual citizen of the United States and Italy and a resident of the United Kingdom.

15. 4 of the 26 current and former directors and officers of BAE Systems plc who are named as individual defendants in the Derivative Complaint reside in the United States. Mr. Weinberg is a citizen of both the United Kingdom and the United States and is a resident of Connecticut. Mr. Carroll is a citizen of the United States and a resident of Texas. Mr. Havenstein is a citizen of the United States and a resident of New Hampshire; and Mr. Ronald is a citizen of the United States and a resident of Maryland.

16. The Board of Directors generally holds scheduled meetings eight times per year and convenes additional, ad hoc meetings, for a total of as many as 13 meetings per year. Of those meetings, nearly all are held in the United Kingdom. Commencing in November 2002, the Board has met in the United States 9 times out of its 64 total meetings during those years. None of those Board meetings occurred in Washington, D.C.

17. Commencing in November 2003, certain committees of the Board of Directors have from time to time held meetings in the United States. Since 2003, the committees have met approximately 101 times in total. Eight of those committee meetings were held in Washington D.C. The remaining 93 committee meetings took place either outside the United States (83 meetings) or in areas of the U.S. outside of Washington, D.C. (10 meetings).

18. According to the BAE Systems Annual Report 2006, which was approved on 21 February 2007, the total number of outstanding ordinary shares in BAE plc on 31 December 2006 was approximately 3,246.2 million. The individual members of the Board of Directors collectively held on 21 February 2007 approximately 1.39 million ordinary shares, or approximately 0.04 percent of the outstanding ordinary shares.

United States Companies

19. I understand that the plaintiff has not named any United States subsidiary of BAE Systems plc as a defendant in the Derivative Complaint. Nevertheless, because the plaintiff makes assertions in the Derivative Complaint concerning United States business and activities, I provide the following information to describe the separate corporate entities that operate in the United States.

20. BAE Systems plc owns several United States holding and operating companies. The main operating company, BAE Systems Inc., is a separate corporate entity which is incorporated in Delaware and headquartered in Rockville, Maryland. BAE Systems plc and BAE Systems Inc. are parties to a Special Security Agreement with the U.S. Government that allows BAE Systems Inc. to supply products and services of a highly sensitive nature to the U.S. Department of Defense, the U.S. intelligence community, and various other parts of the U.S. Government. BAE Systems Inc. manages the businesses headquartered in the United States.

21.     The Special Security Agreement with the United States Government requires BAE Systems Inc. to be managed separately from and independently of BAE Systems plc. Accordingly, the two corporate entities have separate boards of directors (save that there are three individuals who are members of both boards) and separate management (save for one common executive). The board of directors of BAE Systems plc consists of 12 members. The board of directors of BAE Systems Inc. consists of 13 members. A majority of the directors of BAE Systems Inc. were recruited from outside BAE Systems and appointed because of their independence and their experience with national security issues. BAE Systems plc does not manage the day to day business and operations of BAE Systems Inc. BAE Systems plc does not prepare the financial statements of BAE Systems Inc.

### The Plaintiff

22.     As of 14 January 2008, the plaintiff City of Harper Woods Employees' Retirement System did not appear on the share register of BAE Systems plc. Guaranty Nominees Limited, as the custodian for JPMorgan Chase under the American Depositary Receipts programme, appears on the share register of BAE Systems plc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __31__ January 2008.

_____
David Parkes