# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>RICHARD (DICK) L. OLVER et al.,  )<br><br>Defendants,  )<br><br>- and -  )<br><br>BAE SYSTEMS PLC, an England and Wales corporation,  )<br><br>Nominal Defendant.  ) | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

## DECLARATION OF SIR ROBIN BIGGAM

Pursuant to 28 U.S.C. § 1746, I, Sir Robin Biggam, declare as follows:

1.    I was a non-executive member of the BAE Systems plc Board of Directors from 1993 to 2003.

2.    I am a citizen of the United Kingdom.

3.    I reside in Leighton Buzzard, United Kingdom.

4.    I am retired but undertake some pro-bono work in the United Kingdom.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on ⸱⸱ January 2008.

_____

Sir Robin Biggam

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES'<br>RETIREMENT SYSTEM, Derivatively on<br>Behalf of BAE SYSTEMS PLC,<br><br>                         Plaintiff,<br><br>    vs.<br><br>RICHARD (DICK) L. OLVER et al.,<br><br>                       Defendants,<br><br>    – and –<br><br>BAE SYSTEMS PLC, an England and Wales<br>corporation,<br><br>                Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

## DECLARATION OF KEITH C. BROWN

Pursuant to 28 U.S.C. § 1746, I, Keith C. Brown, declare as follows:

1.    I was a non-executive member of the BAE Systems plc Board of Directors from 1989 to 2003.

2.    I am a citizen of the United Kingdom.

3.    I reside in Ingatestone, United Kingdom.

4.    I am now retired.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 31 January 2008.

                                           Keith C. Brown

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | ) ) ) | Civil No. 1:07-cv-01646 Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| RICHARD (DICK) L. OLVER et al., | ) ) | |
| Defendants, | ) ) | |
| - and – | ) ) | |
| BAE SYSTEMS PLC, an England and Wales corporation, | ) ) ) | |
| Nominal Defendant. | ) | |

## DECLARATION OF PHILIP J. CARROLL

Pursuant to 28 U.S.C. § 1746, I, Philip J. Carroll, declare as follows:

1.  I am currently a non-executive member of the BAE Systems plc Board of Directors and have been on the Board since 2005.

2.  I am a citizen of the United States.

3.  I reside in Houston, Texas, United States.

4.  My business office is located in Houston, Texas, United States.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 28 January 2008.

_____

Philip J. Carroll

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | ) ) ) | Civil No. 1:07-cv-01646 |
| | ) | Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| RICHARD (DICK) L. OLVER et al., | ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| BAE SYSTEMS PLC, an England and Wales corporation, | ) ) ) | |
| Nominal Defendant. | ) | |

## DECLARATION OF DR. ULRICH CARTELLIERI

Pursuant to 28 U.S.C. § 1746, I, Dr. Ulrich Cartellieri, declare as follows:

1. I was a non-executive member of the BAE Systems plc Board of Directors from 1999 to 2007.

2. I am a citizen of Germany.

3. I reside in Bad Tölz, Germany.

4. I am retired.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ⟋̄ January 2008.

_____

Dr. Ulrich Cartellieri

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | Civil No. 1:07-cv-01646 |
| Plaintiff, | Assigned to: Judge Rosemary M. Collyer |
| vs. | |
| RICHARD (DICK) L. OLVER et al., | |
| Defendants, | |
| - and – | |
| BAE SYSTEMS PLC, an England and Wales corporation, | |
| Nominal Defendant. | |

## DECLARATION OF SIR RICHARD H. EVANS

Pursuant to 28 U.S.C. § 1746, I, Sir Richard H. Evans, declare as follows:

1.     I was an executive member of the BAE Systems plc Board of Directors from 1987 to 1998 and remained on the Board in the non-executive role of Chairman until 2004.

2.     I am a citizen of the United Kingdom.

3.     I reside in London, United Kingdom.

4.     My business office is located in London, United Kingdom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  14  January, 2008.

_____

Sir Richard H. Evans

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | ) ) ) | Civil No. 1:07-cv-01646 |
| | ) | Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| RICHARD (DICK) L. OLVER et al., | ) ) | |
| Defendants, | ) ) | |
| - and – | ) ) | |
| BAE SYSTEMS PLC, an England and Wales corporation, | ) ) ) | |
| Nominal Defendant. | ) ) | |

## DECLARATION OF CHRISTOPHER V. GEOGHEGAN

Pursuant to 28 U.S.C. § 1746, I, Christopher V. Geoghegan, declare as follows:

1.    I was an executive member of the BAE Systems plc Board of Directors from 2002 until 2007.

2.    I am a citizen of the United Kingdom.

3.    I reside in Somerset, United Kingdom.

4.    My business office is located in the United Kingdom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 28 January 2008.

_____

Christopher V. Geoghegan

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | ) ) ) | Civil No. 1:07-cv-01646 |
| | ) | |
| Plaintiff, | ) | Assigned to: Judge Rosemary M. Collyer |
| | ) | |
| vs. | ) ) | |
| RICHARD (DICK) L. OLVER et al., | ) ) | |
| Defendants, | ) ) | |
| - and – | ) ) | |
| BAE SYSTEMS PLC, an England and Wales corporation, | ) ) ) | |
| Nominal Defendant. | ) ) | |

## <u>DECLARATION OF MICHAEL J. HARTNALL</u>

Pursuant to 28 U.S.C. § 1746, I, Michael J. Hartnall, declare as follows:

1.    I am currently a non-executive member of the BAE Systems plc Board of Directors and have been on the Board since 2003.

2.    I am a citizen of the United Kingdom.

3.    I reside in Godalming, United Kingdom.

4.    My business office is located in Godalming, United Kingdom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **26** January 2008.

_____
Michael J. Hartnall

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, ) ) ) | Civil No. 1:07-cv-01646 |
| ) | Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, ) ) | |
| vs. ) ) | |
| RICHARD (DICK) L. OLVER et al., ) ) | |
| Defendants, ) ) | |
| - and -- ) ) | |
| BAE SYSTEMS PLC, an England and Wales corporation, ) ) ) | |
| Nominal Defendant. ) | |

## DECLARATION OF WALTER P. HAVENSTEIN

Pursuant to 28 U.S.C. § 1746, I, Walter P. Havenstein, declare as follows:

1. I am currently the Chief Operating Office of BAE Systems plc and a member of the Board of Directors. I have been on the Board since January 2007.

2. I am a citizen of the United States.

3. My primary residence is in Alton, New Hampshire. I also maintain an apartment in Bethesda, Maryland.

4. My business office is located in Rockville, Maryland.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 31 January 2008.

_____
Walter P. Havenstein

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | ) ) ) | Civil No. 1:07-cv-01646 |
| | ) | Assigned to: Judge Rosemary M. Collyer |
| Plaintiff. | ) ) | |
| | ) | |
| vs. | ) ) | |
| RICHARD (DICK) L. OLVER et al., | ) ) | |
| Defendants, | ) ) | |
| - and – | ) ) | |
| BAE SYSTEMS PLC, an England and Wales corporation, | ) ) ) | |
| Nominal Defendant. | ) | |

### DECLARATION OF LORD ALEXANDER HESKETH

Pursuant to 28 U.S.C. § 1746, I, Lord Alexander Hesketh, declare as follows:

1.  I was a non-executive member of the BAE Systems plc Board of Directors from 1994 to 2005.

2.  I am a citizen of the United Kingdom.

3.  I reside in London, United Kingdom.

4.  My business office is located in London, United Kingdom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 15th January, 2008.

_____

Lord Alexander Hesketh

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER et al.,<br><br>Defendants,<br><br>- and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil No. 1:07-cv-01646

Assigned to: Judge Rosemary M. Collyer

## DECLARATION OF ANDREW INGLIS

Pursuant to 28 U.S.C. § 1746, I, Andrew Inglis, declare as follows:

1. I am currently a non-executive member of the BAE Systems plc Board of Directors, and I have been on the Board since 2007.

2. I am a citizen of the United Kingdom.

3. My primary residence is in London, United Kingdom. I currently maintain a secondary home in Houston, Texas, United States.

4. My business office is located in London, United Kingdom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 30th January 2008.

_____

Andrew Inglis

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | ) ) ) | Civil No. 1:07-cv-01646 |
| | ) | Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| RICHARD (DICK) L. OLVER et al., | ) ) | |
| Defendants, | ) ) | |
| - and – | ) ) | |
| BAE SYSTEMS PLC, an England and Wales corporation, | ) ) ) | |
| Nominal Defendant. | ) | |

## <u>DECLARATION OF IAN G. KING</u>

Pursuant to 28 U.S.C. § 1746, I, Ian G. King, declare as follows:

1.      I am currently Chief Operating Officer for the UK and Rest of World organization of BAE Systems plc and a member of the Board of Directors.  I have been on the Board since January 2007.

2.      I am a citizen of the United Kingdom.

3.      I reside in the Borough of Fareham, Hampshire County, United Kingdom.

4.      My business office is located in London, United Kingdom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 27th January 2008.

_____

Ian G. King

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | ) ) ) | Civil No. 1:07-cv-01646 |
| | ) | Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| RICHARD (DICK) L. OLVER et al., | ) ) | |
| Defendants, | ) ) | |
| - and – | ) ) | |
| BAE SYSTEMS PLC, an England and Wales corporation, | ) ) ) | |
| Nominal Defendant. | ) ) | |

## DECLARATION OF MICHAEL LESTER

Pursuant to 28 U.S.C. § 1746, I, Michael Lester, declare as follows:

1.     I was an executive member of the BAE Systems plc Board of Directors from 1999 to 2006.

2.     I am a citizen of the United Kingdom.

3.     I reside in London, United Kingdom.

4.     My business office is located in London, United Kingdom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 28 January 2008.

_____

Michael Lester

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, ) ) ) | Civil No. 1:07-cv-01646 |
| ) | Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RICHARD (DICK) L. OLVER et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| - and - ) | |
| ) | |
| BAE SYSTEMS PLC, an England and Wales corporation, ) ) | |
| ) | |
| Nominal Defendant. ) | |

## DECLARATION OF SIR CHARLES B.G. MASEFIELD

Pursuant to 28 U.S.C. § 1746, I, Sir Charles B.G. Masefield, declare as follows:

1. I was a member of the BAE Systems plc Board of Directors from 1999 to 2003.

2. I am a citizen of the United Kingdom.

3. I reside in Hertfordshire, United Kingdom.

4. My business office is located in the United Kingdom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 2 8 January 2008.

_Charles Masefield_

Sir Charles B.G. Masefield

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | ) ) ) | Civil No. 1:07-cv-01646 |
| | ) | Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| RICHARD (DICK) L. OLVER et al., | ) ) | |
| Defendants, | ) ) | |
| - and – | ) ) | |
| BAE SYSTEMS PLC, an England and Wales corporation, | ) ) ) | |
| Nominal Defendant. | ) | |

## DECLARATION OF SIR PETER J. MASON

Pursuant to 28 U.S.C. § 1746, I, Sir Peter J. Mason, declare as follows:

1.    I am currently a non-executive member of the BAE Systems plc Board of Directors and have been on the Board since 2003.

2.    I am a citizen of the United Kingdom.

3.    I reside in London, United Kingdom.

4.    My business office is located in Reading, Berkshire, United Kingdom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 28th January, 2008.

_____

Sir Peter J. Mason

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | ) ) ) |
| | ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| RICHARD (DICK) L. OLVER et al., | ) ) |
| Defendants, | ) ) |
| - and – | ) ) |
| BAE SYSTEMS PLC, an England and Wales corporation, | ) ) ) |
| Nominal Defendant. | ) ) |

Civil No. 1:07-cv-01646

Assigned to: Judge Rosemary M. Collyer

## DECLARATION OF STEVE L. MOGFORD

Pursuant to 28 U.S.C. § 1746, I, Steve L. Mogford, declare as follows:

1.  I was an executive member of the BAE Systems plc Board of Directors from 2000 to May 2007.

2.  I am a citizen of the United Kingdom.

3.  I reside in Chorley, United Kingdom.

4.  My business office is located in Basildon, United Kingdom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 28 January 2008.

_____

Steve L. Mogford

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITY OF HARPER WOODS EMPLOYEES'<br>RETIREMENT SYSTEM, Derivatively on<br>Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER et al.,<br><br>Defendants,<br><br>- and –<br><br>BAE SYSTEMS PLC, an England and Wales<br>corporation,<br><br>Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

## DECLARATION OF RICHARD L. OLVER

Pursuant to 28 U.S.C. § 1746, I, Richard L. Olver, declare as follows:

1.    I am currently Chairman of BAE Systems plc and have been on the Board of
      Directors since 2004.

2.    I am a citizen of the United Kingdom.

3.    I reside in Essex, United Kingdom.

4.    My business office is located in London, United Kingdom.

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

Executed on 29 January 2008.

_____

Richard L. Olver

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD (DICK) L. OLVER et al., <br><br> Defendants, <br><br> - and – <br><br> BAE SYSTEMS PLC, an England and Wales corporation, <br><br> Nominal Defendant. | Civil No. 1:07-cv-01646 <br><br> Assigned to: Judge Rosemary M. Collyer |

### DECLARATION OF THE RT. HON. MICHAEL D.X. PORTILLO

Pursuant to 28 U.S.C. § 1746, I, The Rt. Hon. Michael D.X. Portillo, declare as follows:

1.    I was a non-executive member of the BAE Systems plc Board of Directors from 2002 to 2006.

2.    I am a citizen of the United Kingdom.

3.    I reside in London, United Kingdom.

4.    My business office is located in London, United Kingdom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 28 January 2008.

_____
Rt. Hon. Michael D.X. Portillo

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | ) ) ) | Civil No. 1:07-cv-01646 |
| | ) | Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| RICHARD (DICK) L. OLVER et al., | ) ) | |
| Defendants, | ) ) | |
| - and – | ) ) | |
| BAE SYSTEMS PLC, an England and Wales corporation, | ) ) ) | |
| Nominal Defendant. | ) | |

### DECLARATION OF ROBERTO QUARTA

Pursuant to 28 U.S.C. § 1746, I, Roberto Quarta, declare as follows:

1.    I am currently a non-executive member of the BAE Systems plc Board of Directors, and I have been on the Board since 2005.

2.    I am a dual citizen of Italy and the United States.

3.    I reside in London, United Kingdom.

4.    My principal business office is located in London, United Kingdom, and I also maintain an office in New York, New York, United States.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on 28ᵗʰ January 2008.

Roberto Quarta

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, ) ) ) | Civil No. 1:07-cv-01646 |
| ) | Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RICHARD (DICK) L. OLVER et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| - and – ) | |
| ) | |
| BAE SYSTEMS PLC, an England and Wales corporation, ) ) | |
| ) | |
| Nominal Defendant. ) | |

### DECLARATION OF MARK H. RONALD

Pursuant to 28 U.S.C. § 1746, I, Mark H. Ronald, declare as follows:

1.    I was a non-executive member of the BAE Systems plc Board of Directors from 2002 to 2006.

2.    I am a citizen of the United States.

3.    I reside in Chevy Chase, Maryland, United States.

4.    My business office is located in my residence, in Chevy Chase, Maryland, United States. I do not have clients or derive income from business in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2ⁱ January 2008.

_____

Mark H. Ronald

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER et al.,<br><br>Defendants,<br><br>- and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

## DECLARATION OF GEORGE W. ROSE

Pursuant to 28 U.S.C. § 1746, I, George W. Rose, declare as follows:

1.    I am currently Finance Director of the BAE Systems plc Board of Directors and have been on the Board since 1998.

2.    I am a citizen of the United Kingdom.

3.    I reside in Lancashire, United Kingdom.

4.    My business office is located in London, United Kingdom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 28 January 2008.

_____

George W. Rose

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

CITY OF HARPER WOODS EMPLOYEES'           )
RETIREMENT SYSTEM, Derivatively on        )
Behalf of BAE SYSTEMS PLC,                )
                                          )
                        Plaintiff,        )
                                          )
        vs.                               )
                                          )
RICHARD (DICK) L. OLVER et al.,           )     Civil No. 1:07-cv-01646
                                          )
                        Defendants,       )     Assigned to: Judge Rosemary M. Collyer
                                          )
        - and –                           )
                                          )
BAE SYSTEMS PLC, an England and Wales     )
corporation,                              )
                                          )
                Nominal Defendant.        )

## DECLARATION OF SIR NIGEL RUDD

 I, SIR NIGEL RUDD, declare and state pursuant to 28 U.S.C. § 1746 as follows:

1. I am a non-executive member of the BAE Systems plc Board of Directors.  I became a director in 2006.

2. I am a citizen of the United Kingdom.

3. I reside in Derbyshire County, United Kingdom.

4. My business office is located in London, United Kingdom.


 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 Executed on __16th__ January 2008.

_____
Sir Nigel Rudd

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>           Plaintiff,<br><br>    vs.<br><br>RICHARD (DICK) L. OLVER et al.,<br><br>           Defendants,<br><br>    - and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>          Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

## DECLARATION OF MICHAEL J. TURNER

Pursuant to 28 U.S.C. § 1746, I, Michael J. Turner, declare as follows:

1.  I am currently the Chief Executive Officer of BAE Systems plc and a member of the Board of Directors. I joined in 1994 the Board of British Aerospace plc, which was renamed BAE Systems plc in 1999 following the merger with Marconi Electronic Systems.

2.  I am a citizen of the United Kingdom.

3.  I reside in Cobham, Surrey, United Kingdom.

4.  My business office is located in London, United Kingdom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 21 January 2008.

_____
Michael J. Turner

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| RICHARD (DICK) L. OLVER et al., | ) ) ) |
| Defendants, | ) ) |
| - and - | ) ) |
| BAE SYSTEMS PLC, an England and Wales corporation, | ) ) ) |
| Nominal Defendant. | ) |

Civil No. 1:07-cv-01646

Assigned to: Judge Rosemary M. Collyer

### DECLARATION OF PETER A. WEINBERG

Pursuant to 28 U.S.C. § 1746, I, Peter A. Weinberg, declare as follows:

1.   I am currently a non-executive member of the BAE Systems plc Board of Directors and have been on the Board since 2005.

2.   I am a dual citizen of the United States and the United Kingdom.

3.   I reside in Greenwich, Connecticut, United States.

4.   My business office is located in New York, New York, United States.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 25 January 2008.

_____

Peter A. Weinberg

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | ) ) ) | Civil No. 1:07-cv-01646 |
| | ) | Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| RICHARD (DICK) L. OLVER et al., | ) ) | |
| Defendants, | ) ) | |
| - and – | ) ) | |
| BAE SYSTEMS PLC, an England and Wales corporation, | ) ) ) | |
| Nominal Defendant. | ) | |

## DECLARATION OF JOHN P. WESTON

Pursuant to 28 U.S.C. § 1746, I, John P. Weston, declare as follows:

1.   I was an executive member of the BAE Systems plc Board of Directors from 1994 to 2002.

2.   I am a citizen of the United Kingdom.

3.   I reside in Oxshott, Surrey, United Kingdom.

4.   My business office is located in Surrey, United Kingdom.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 15th January 2008.

_John Weston_

John P. Weston