UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | Civil No. 1:07-cv-01646 |
| Plaintiff, | Assigned to: Judge Rosemary M. Collyer |
| vs. | |
| RICHARD (DICK) L. OLVER et al., | |
| Defendants, | |
| - and – | |
| BAE SYSTEMS PLC, an England and Wales corporation, | |
| Nominal Defendant. | |

## ORDER

Having considered the Motion to Dismiss filed by Nominal Defendant BAE Systems plc and the Individual BAE Systems plc Defendants Sir Robin Biggam, Keith Clark Brown, Philip J. Carroll, Ulrich Cartellieri, Sir Richard Harry Evans, Christopher V. Geoghegan, Michael J. Hartnall, Walter P. Havenstein, Lord Alexander Hesketh, Andrew George Inglis, Ian G. King, Michael Lester, Sir Charles Beech Gordon Masefield, Sir Peter James Mason, Steve Lewis Mogford, Richard (Dick) L. Olver, Michael Denzil Xavier Portillo, Roberto Quarta, Mark H. Ronald, George W. Rose, Sir Anthony Nigel Russell Rudd, Michael J. Turner, Peter A. Weinberg, and John Pix Weston, and all supporting and opposing filings and arguments, it is ORDERED that

All claims in this case against BAE Systems plc and the Individual BAE Systems plc Defendants are hereby DISMISSED.

_____

Rosemary M. Collyer
United States District Judge

Dated: _____, 2008

The following attorneys are entitled to receive notice of this order:

Roger M. Adelman
1100 Connecticut Avenue NW – Suite 730
Washington, D.C. 20036

    Counsel for Plaintiff

Patrick Coughlin
Mary K. Blasy
Mark Solomon
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway – Suite 1900
San Diego, California  92101

    Counsel for Plaintiff

Jonathan W Cuneo
William H Anderson
Cuneo Gilbert & LaDuca LLP
507 C St N.E.
Washington, D.C. 20002

    Counsel for Plaintiff

Michael J. Vanoverbeke
Thomas C. Michaud

Vanoverbeke Michaud & Timmony PC
79 Alfred St.
Detroit, Michigan 48201

  Counsel for Plaintiff


Lawrence Byrne
Linklaters LLP
1345 Avenue of the Americas
New York, New York 10105

  Counsel for BAE Systems plc Defendants


Christopher T. Lutz
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

  Counsel for Defendant The PNC Financial Services Group, Inc.


Eric M. Roth
Adir G. Waldman
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019

  Counsel for Defendant The PNC Financial Services Group, Inc.


Larry Brusca
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave. NW
Washington, D.C. 20005

Michael W. Mitchell
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

  Counsel for the Allbritton Defendants


Wm. Bradford Reynolds

Howrey, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

    Counsel for Defendant Prince Bandar Bin Sultan