## CERTIFICATE OF SERVICE

I certify that, besides having been filed and distributed electronically on the ECF system, copies of the foregoing Motion by BAE Systems plc and the Individual BAE Systems plc Defendants to Dismiss the Complaint; Certificate Under LCvR 7.1 of Nominal Defendant BAE Systems plc; Memorandum of Points and Authorities in Support of the Motion of BAE Systems plc and the Individual BAE Systems plc Defendants to Dismiss the Complaint; the Declaration of Martin Moore QC dated January 30, 2008, and exhibits attached thereto; the Declaration of David Parkes dated January 31, 2008; the 24 Declarations of the Individual BAE Systems plc Defendants; the Appendix of Unreported Case and Other Materials; and 2 volume Appendix of Foreign Authorities Cited In Declaration Of Martin Moore QC were sent on January 31, 2008, by First Class Mail, to the following counsel of record:

>Roger M. Adelman
>1100 Connecticut Avenue, N.W. - Suite 730
>Washington, D.C. 20036
>
>    Counsel for Plaintiff
>
>
>Patrick Coughlin
>Darren J. Robbins
>Mark Solomon
>Mary K. Blasy
>Coughlin Stoia Geller Rudman & Robbins LLP
>655 West Broadway - Suite 1900
>San Diego, CA 92101
>
>    Counsel for Plaintiff

Jonathan W. Cuneo
William H. Anderson
Cuneo Gilbert & LaDuca LLP
507 C St., N.E.
Washington, D.C. 20002

    Counsel for Plaintiff


Michael J. Vanoverbeke
Thomas C. Michaud
Vanoverbeke Michaud & Timmony PC
79 Alfred St.
Detroit, MI 48201

    Counsel for Plaintiff


Christopher T. Lutz
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

    Counsel for Defendant The PNC Financial
    Services Group, Inc.


Eric M. Roth
Adir G. Waldman
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019

    Of Counsel for Defendant The PNC Financial
    Services Group, Inc.

Richard L. Brusca
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave., N.W.
Washington, D.C. 20005

    Counsel for the Allbritton Defendants

Wm. Bradford Reynolds
Howrey, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

    Counsel for Defendant Prince Bandar bin Sultan

*/s/ Lawrence Byrne /e.o.*