UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re BAE SYSTEMS PLC DERIVATIVE LITIGATION )<br>)<br>) | Civil No. 1:07-cv-01646 |
| ) | Assigned to: Judge Rosemary M. Collyer |
| )<br>This Document Relates To: )<br>)<br>ALL ACTIONS. )<br>) | |

MOTION TO TEMPORARILY SEAL DOCUMENTS RELATING
TO PLAINTIFF'S *EX PARTE* EMERGENCY APPLICATION

On January 31, 2008, The City of Harper Woods Employees' Retirement System (the "Retirement System") lodged with the Court an *Ex Parte* Emergency Application for a Temporary Restraining Order, an Accounting, Limited Expedited Discovery and for an Order to Show Cause Why Preliminary Injunctive Relief Should Not Issue, along with a supporting Affidavit of Mary K. Blasy and exhibits (collectively, the "TRO Application"), requesting that they be temporarily filed under seal. The Retirement System seeks to file the TRO Application, and this motion, under seal for a short duration to avoid advance notice that would cause irreparable harm to BAE Systems plc ("BAE") and its shareholders.

The TRO Application details the factual and legal bases for enjoining Prince Bandar Bin Sultan ("Bandar"), and any of his agents, lawyers or others acting on his behalf, from selling and transferring the sales proceeds from the U.S.-based real property Bandar holds from U.S.-based accounts, or simply transferring the property out of Bandar's name, to preempt this Court's order. *See* TRO Application at 1. Given that since May 2007, Bandar, a Saudi Arabian citizen residing in Saudi Arabia, has sold three of the U.S.-based residential estates he purchased with allegedly illegal bribe payments received from BAE for $49 million, and Bandar has the ability to instantaneously sell and/or transfer the other $167+ million worth of U.S.-based properties he currently holds, and then transfer the proceeds out of the U.S. (*see* TRO Brief at 2, 19), the Retirement System requests that its TRO Application be filed under seal for a short duration so that the Court may review it *in camera*. Granting the Retirement System's seal motion will prevent Bandar and his agents, lawyers and others acting on his behalf from deciding, based on knowledge of plaintiff's pending TRO Application, to sell and/or transfer any real property out of Bandar's name or to transfer any sales proceeds out of U.S.-based accounts while this Court reviews plaintiff's TRO Application.

WHEREFORE, the Retirement System respectfully prays that its Motion to Temporarily Seal Documents Relating to Plaintiff's *Ex Parte* Emergency Application be granted.

DATED: January 31, 2008

Respectfully submitted,

LAW OFFICE OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)

_____
ROGER M. ADELMAN

1100 Connecticut Ave., NW, Suite 730
Washington, DC 20036
Telephone: 202/822-0600
202/822-6722 (fax)

CUNEO GILBERT & LaDUCA, L.L.P.
JONATHAN W. CUNEO (DC Bar # 939389)
WILLIAM H. ANDERSON (DC Bar # 502380)
507 C Street, N.E.
Washington, DC 20002
Telephone: 202/789-3960
202/789-1813 (fax)

Co-Liaison Counsel

COUGHLIN STOIA GELLER RUDMAN
  & ROBBINS LLP
PATRICK J. COUGHLIN
MARK SOLOMON
MARY K. BLASY
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re BAE SYSTEMS PLC DERIVATIVE LITIGATION | ) ) ) ) ) ) ) ) ) | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |
| This Document Relates To:<br><br>  ALL ACTIONS. | | |

[PROPOSED] ORDER TEMPORARILY SEALING DOCUMENTS RELATING TO
PLAINTIFF'S *EX PARTE* EMERGENCY APPLICATION

The Court, having considered plaintiff's Motion To Temporarily Seal Documents Relating To Plaintiff's *Ex Parte* Emergency Application, and related briefing, hereby orders:

The following documents are to be filed under seal, to be reviewed *in camera* by the Court: (1) Plaintiff's *Ex Parte* Emergency Application for a Temporary Restraining Order, an Accounting, Limited Expedited Discovery and for an Order to Show Cause Why Preliminary Injunctive Relief Should Not Issue (the "TRO Application"), and (2) the Affidavit of Mary K. Blasy in support of the TRO Application. Such documents are hereby filed under seal for seven days or until the TRO Application is resolved, whichever occurs first.

IT IS SO ORDERED

DATED: _____    _____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

S:\CasesSD\BAE Derivative\ORD00048813.doc

- 1 -