UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re BAE SYSTEMS PLC DERIVATIVE LITIGATION | ) ) ) ) | Civil No. 1:07-cv-01646 |
| | | Assigned to: Judge Rosemary M. Collyer |
| This Document Relates To:      ALL ACTIONS. | ) ) ) ) ) | |

NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT AS TO DEFENDANT SIR ROBIN BIGGAM

Sir Robin Biggam                                              Deponent: Norman Speight

# UNITED STATES DISTRICT COURT

## District of Columbia

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD (DICK) L. OLVER, MICHAEL J. TURNER, WALTER P. HAVENSTEIN et al.<br><br>Defendants,<br><br>-and-<br><br>BAE SYSTEMS PLC, an England and Wales Corporation,<br><br>Nominal Defendant. | Civil No: 1:07-cv-01646<br>Assigned to: Judge Rosemary M. Collyer |

### AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I NORMAN SPEIGHT of 68 Lombard Street, London EC3V 9LJ UK Process Server acting under the direction of Harbottle & Lewis LLP of Hanover House 14 Hanover Square, London W1S 1HP UK Solicitors for the Plaintiff, STATE ON OATH:

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served a copy of the Summons in a Civil Case ; Verified Shareholder Derivative Complaint; Civil Case Cover Sheet; Certificate Rule LCVR 7.1; Initial Electronic Case Filing Order; Notice of Right to Consent to Trial Before United States Magistrate Judge; [Proposed] Pre-Trial Order No.1; The City of Harper Woods Employees' Retirement System's Motion to Consolidate Related Actions and Appoint Lead Derivative Counsel, personally on **Sir Robin Biggam** at 11.05 am on



PETER HEYWOOD BAKER
NOTARY PUBLIC
405/7 HOLLOWAY ROAD
LONDON N7 6HG

Sir Robin Biggam                                                          Deponent: Norman Speight

Saturday 15 December 2007 at Old Linsdale Grange, Old Linsdale Road, Heath and Reach, Leighton Buzzard, Bedfordshire, LU7 0DU UK his place of residence.

Sworn at                                    )
                                            )
**405/7 HOLLOWAY ROAD,**                    )
**LONDON N7 6HG**                           )
                                            )
This 22 day of January 2008                 )
Before me:

*P. Baker*

**NOTARY**

PETER HEYWOOD BAKER
NOTARY PUBLIC
405/7 HOLLOWAY ROAD
LONDON N7 6HG

50 Jan