UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re BAE SYSTEMS PLC DERIVATIVE LITIGATION | ) ) ) | Civil No. 1:07-cv-01646 |
| | ) | Assigned to: Judge Rosemary M. Collyer |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) ) | |

NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT AS TO
DEFENDANT KEITH CLARK BROWN

Keith Clark Brown                                                    Deponent: Norman Speight

# UNITED STATES DISTRICT COURT

## District of Columbia

CITY OF HARPER WOODS EMPLOYEES'          Civil No: 1:07-cv-01646
RETIREMENT SYSTEM, Derivatively on       Assigned to: Judge Rosemary M. Collyer
Behalf of BAE SYSTEMS PLC,

                    Plaintiff,

        v.

RICHARD (DICK) L. OLVER, MICHAEL J.
TURNER, WALTER P. HAVENSTEIN et al.

                    Defendants,

            -and-

BAE SYSTEMS PLC, an England and Wales
Corporation,

            Nominal Defendant.

### AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I NORMAN SPEIGHT of 68 Lombard Street, London EC3V 9LJ UK Process Server acting under the
direction of Harbottle & Lewis LLP of Hanover House 14 Hanover Square, London W1S 1HP UK
Solicitors for the Plaintiff, STATE ON OATH:

1.      *At the time of service I was at least 18 years of age and not a party to this action.*

2.      I served a copy of the Summons in a Civil Case ; Verified Shareholder Derivative Complaint;
        Civil Case Cover Sheet; Certificate Rule LCVR 7.1; Initial Electronic Case Filing Order;  Notice
        of Right to Consent to Trial Before United States Magistrate Judge; [Proposed] Pre-Trial Order



PETER HEYWOOD BAKER
NOTARY PUBLIC
405/7 HOLLOWAY ROAD
LONDON N7 6HG

Keith Clark Brown                                                Deponent: Norman Speight

No.1; The City of Harper Woods Employees' Retirement System's Motion to Consolidate Related
Actions and Appoint Lead Derivative Counsel, personally on **Keith Clark Brown** at 4.40pm on
Tuesday 13 December 2007 at Lyndsay's Farm, Fryerning House, Beggar Hill, Ingatestone, Essex
CM4 0PF UK his place of residence.

Sworn at                                  )   
                                          )
**405/7 HOLLOWAY ROAD,**                  )
**LONDON N7 6HG**                         )
                                          )
This 22 day of January 2008               )
Before me:

_T. Baker_

**NOTARY**

PETER HEYWOOD **BAKER**
NOTARY PUBLIC
**405/7 HOLLOWAY ROAD**
LONDON N7 6HG

_So Jan_