UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re BAE SYSTEMS PLC DERIVATIVE LITIGATION )<br>)<br>) | Civil No. 1:07-cv-01646<br>Assigned to: Judge Rosemary M. Collyer |
| )<br>This Document Relates To:           )<br>)<br>    ALL ACTIONS.                      )<br>) | |

NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT AS TO
DEFENDANT SIR RICHARD HARRY EVANS

Sir Richard Harry Evans                                                    Deponent: Robert William Morris

# UNITED STATES DISTRICT COURT

## District of Columbia

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | Civil No: 1:07-cv-01646<br>Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, | |
| v. | |
| RICHARD (DICK) L. OLVER, MICHAEL J. TURNER, WALTER P. HAVENSTEIN et al. | |
| Defendants, | |
| -and- | |
| BAE SYSTEMS PLC, an England and Wales Corporation, | |
| Nominal Defendant. | |

### AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I ROBERT WILLIAM MORRIS of Signature House, Rainhill Road, Merseyside, L35 4LD UK Process Server acting under the direction of Harbottle & Lewis LLP of Hanover House 14 Hanover Square, London W1S 1HP UK Solicitors for the Plaintiff, STATE ON OATH:

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served a copy of the Summons in a Civil Case ; Verified Shareholder Derivative Complaint; Civil Case Cover Sheet; Certificate Rule LCVR 7.1; Initial Electronic Case Filing Order; Notice of Right to Consent to Trial Before United States Magistrate Judge; [Proposed] Pre-Trial Order No.1; The City of Harper Woods Employees' Retirement System's Motion to Consolidate Related Actions and Appoint Lead Derivative Counsel, by substituted service on **Sir Richard Harry Evans** at 2.16pm on Thursday 20 December 2007 at Hall Cross Manor, Kirkham Road, Freckleton, Preston, PR4 1HU UK his place of residence by leaving them with and in the care of Lady Evans his wife.

3. THAT on 31 December 2007 at 12.29pm I served a further copy of the Summons and all accompanying documents referred to in paragraph 2 of this my Affidavit by placing a true copy of each document in The Royal Mail, in a sealed, envelope addressed to **Sir Richard Harry Evans** at his address Hall Cross Manor, aforesaid, by **First Class** mail, with postage prepaid.

Sir Richard Harry Evans                                      Deponent: Robert William Morris

Said documents were posted at Prescot Post Office, Aspinall Street, Prescot, Merseyside, L34 5QS

Sworn at Formby Merseyside )
United Kingdom )
)
)
This 18th day of January 2008 )
Before me:

*DC Bishop*

**NOTARY**



David Bishop & Co.
Solicitor & Notary
14 Chapel Lane
Formby
Liverpool
L37 7DU
DX 15420 Formby