UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re BAE SYSTEMS PLC DERIVATIVE LITIGATION | ) ) ) ) | Civil No. 1:07-cv-01646 |
| | ) | Assigned to: Judge Rosemary M. Collyer |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) | |

NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT AS TO
DEFENDANT LORD ALEXANDER HESKETH

Lord Alexander Hesketh                                          Deponent: Norman Speight

# UNITED STATES DISTRICT COURT

## District of Columbia

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | Civil No: 1:07-cv-01646<br>Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, | |
| v. | |
| RICHARD (DICK) L. OLVER, MICHAEL J. TURNER, WALTER P. HAVENSTEIN et al. | |
| Defendants, | |
| -and- | |
| BAE SYSTEMS PLC, an England and Wales Corporation, | |
| Nominal Defendant. | |

### AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I NORMAN SPEIGHT of 68 Lombard Street, London EC3V 9LJ UK Process Server acting under the direction of Harbottle & Lewis LLP of Hanover House 14 Hanover Square, London W1S 1HP UK Solicitors for the Plaintiff, STATE ON OATH:

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served a copy of the Summons in a Civil Case ; Verified Shareholder Derivative Complaint; Civil Case Cover Sheet; Certificate Rule LCVR 7.1; Initial Electronic Case Filing Order; Notice of Right to Consent to Trial Before United States Magistrate Judge; [Proposed] Pre-Trial Order No.1; The City of Harper Woods Employees' Retirement System's Motion to Consolidate Related Actions and Appoint Lead Derivative Counsel, by substituted service on **Lord Alexander Hesketh** at 2.15 pm on Monday 19 December 2007 at 15 Cranley Place, London SW7 3AE UK his place of residence by leaving them with and in the care of Rowena Corbuz the Defendant's Housekeeper.



PETER HEYWOOD BAKER
NOTARY PUBLIC
405/7 HOLLOWAY ROAD
LONDON N7 6HG

50 Jan

Lord Alexander Hesketh						Deponent: Norman Speight

3.  THAT on Tuesday 20 December 2007 at 10.15 am I served a further copy of the Summons and all accompanying documents referred to in paragraph 2 of this my Affidavit by handing the same to David Hamilton a Solicitor with Linklaters LLP of 1, Silk Street, London EC2Y 8HQ UK who accepted service of said documents on behalf of the Defendant.

Sworn at                                       )
**405/7 HOLLOWAY ROAD,**     )
**LONDON N7 6HG**                 )
This 22 day of January 2008      )
Before me:                                  )



__NOTARY__

PETER HEYWOOD BAKER
NOTARY PUBLIC
405/7 HOLLOWAY ROAD
LONDON N7 6HG

50 Jan