UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re BAE SYSTEMS PLC DERIVATIVE LITIGATION | ) ) ) ) | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) | |

NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT AS TO
DEFENDANT SIR CHARLES BEECH MASEFIELD

Sir Charles Beech Masefield                                                    Deponent: Norman Speight

# UNITED STATES DISTRICT COURT

## District of Columbia

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | Civil No: 1:07-cv-01646 Assigned to: Judge Rosemary M. Collyer |

Plaintiff,

V.

RICHARD (DICK) L. OLVER, MICHAEL J. TURNER, WALTER P. HAVENSTEIN et al.

Defendants,

-and-

BAE SYSTEMS PLC, an England and Wales Corporation,

Nominal Defendant.

### AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I NORMAN SPEIGHT of 68 Lombard Street, London EC3V 9LJ UK Process Server acting under the direction of Harbottle & Lewis LLP of Hanover House 14 Hanover Square, London W1S 1HP UK Solicitors for the Plaintiff, STATE ON OATH:

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served a copy of the Summons in a Civil Case ; Verified Shareholder Derivative Complaint; Civil Case Cover Sheet; Certificate Rule LCVR 7.1; Initial Electronic Case Filing Order; Notice of Right to Consent to Trial Before United States Magistrate Judge; [Proposed] Pre-Trial Order No.1; The City of Harper Woods Employees' Retirement System's Motion to Consolidate Related Actions and Appoint Lead Derivative Counsel, by substituted service on **Sir Charles Beech Masefield** at 6.20 pm on Tuesday 20 December 2007 at Old Hill Farm, Gills Hill, Markyate, St. Albans, Hertfordshire AL3 8AR UK his place of residence by leaving them with and in the care of Lady Masefield his wife.

PETER HEYWOOD BAKER
NOTARY PUBLIC
405/7 HOLLOWAY ROAD
LONDON N7 6HG

Sir Charles Beech Masefield                                    Deponent: Norman Speight

3.    THAT on 21 December 2007 at 4.10 pm I served a further copy of the Summons and all accompanying documents referred to in paragraph 2 of this my Affidavit by placing a true copy of each document in The Royal Mail, in a sealed, envelope addressed to **Sir Charles Beech Masefield** at his address Old Hill Farm, aforesaid, by **First Class** mail, with postage prepaid. Said documents were posted at Crowndale Road Post Office, 18-22 Crowndale Road, London NW1 1TT at 4.09 pm on Wednesday 21 December 2007.

Sworn at )

**405/7 HOLLOWAY ROAD, LONDON N7 6HG** )

This 22 day of January 2008 )

Before me:

**NOTARY**

PETER HEYWOOD BAKER
NOTARY PUBLIC
405/7 HOLLOWAY ROAD
LONDON N7 6HG

50 John