UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re BAE SYSTEMS PLC DERIVATIVE LITIGATION | ) ) ) |
| This Document Relates To: | ) ) ) |
| ALL ACTIONS. | ) ) ) |

Civil No. 1:07-cv-01646

Assigned to: Judge Rosemary M. Collyer

NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT AS TO
DEFENDANT STEVE LEWIS MOGFORD

Steve Lewis Mogford                                              Deponent: Robert William Morris

# UNITED STATES DISTRICT COURT

## District of Columbia

CITY OF HARPER WOODS EMPLOYEES'            Civil No: 1:07-cv-01646
RETIREMENT SYSTEM, Derivatively on         Assigned to: Judge Rosemary M. Collyer
Behalf of BAE SYSTEMS PLC,

                                    Plaintiff,

            V.

RICHARD (DICK) L. OLVER, MICHAEL J.
TURNER, WALTER P. HAVENSTEIN et al.

                                    Defendants,

                -and-

BAE SYSTEMS PLC, an England and Wales
Corporation,

                        Nominal Defendant.

### AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I ROBERT WILLIAM MORRIS of Signature House, Rainhill Road, Merseyside L35 4LD UK Process
Server acting under the direction of Harbottle & Lewis LLP of Hanover House 14 Hanover Square, London
W1S 1HP UK Solicitors for the Plaintiff, STATE ON OATH:

1.    *At the time of service I was at least 18 years of age and not a party to this action.*

2.    I served a copy of the Summons in a Civil Case ; Verified Shareholder Derivative Complaint;
      Civil Case Cover Sheet; Certificate Rule LCVR 7.1; Initial Electronic Case Filing Order;  Notice
      of Right to Consent to Trial Before United States Magistrate Judge; [Proposed] Pre-Trial Order
      No.1; The City of Harper Woods Employees' Retirement System's Motion to Consolidate Related
      Actions and Appoint Lead Derivative Counsel, by substituted service on Steve Lewis Mogford at
      3.45 pm on Thursday 20 December 2007 at Ainsworth Farm, Back Lane, Heath Charnock,
      Chorley, Lancashire, PR6 9DJ UK his place of residence by leaving them with and in the care of
      Yvonne Moran a responsible adult and an employee of the Defendant.

3.    THAT on 31 December 2007 at 12.29pm I served a further copy of the Summons and all
      accompanying documents referred to in paragraph 2 of this my Affidavit by placing a true copy of
      each document in The Royal Mail, in a sealed, envelope addressed to Steve Lewis Mogford at his
      address Ainsworth Farm, aforesaid, by First Class mail, with postage prepaid.

Steve Lewis Mogford                                  Deponent: Robert William Morris

Said documents were posted at Prescot Post Office, Aspinall Street, Prescot, Merseyside, L34 5QS

Sworn at *Formby, Merseyside*   )
*United Kingdom*   )
                        )
                        )
This *18th* day of January 2008   )
Before me:

JC Bishop

**NOTARY**



David Bishop & Co.
Solicitor & Notary
14 Chapel Lane
Formby
Liverpool
L37 7DU
DX 15420 Formby