UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re BAE SYSTEMS PLC DERIVATIVE LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | Civil No. 1:07-cv-01646 Assigned to: Judge Rosemary M. Collyer |

NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT AS TO
DEFENDANT JOHN PIX WESTON

John Pix Weston                                             Deponent: Norman Speight

# UNITED STATES DISTRICT COURT

## District of Columbia

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, | Civil No: 1:07-cv-01646<br>Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, | |
| V. | |
| RICHARD (DICK) L. OLVER, MICHAEL J. TURNER, WALTER P. HAVENSTEIN et al. | |
| Defendants, | |
| -and- | |
| BAE SYSTEMS PLC, an England and Wales Corporation, | |
| Nominal Defendant. | |

### AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I NORMAN SPEIGHT of 68 Lombard Street, London EC3V 9LJ UK Process Server acting under the direction of Harbottle & Lewis LLP of Hanover House 14 Hanover Square, London W1S 1HP UK Solicitors for the Plaintiff, STATE ON OATH:

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served a copy of the Summons in a Civil Case ; Verified Shareholder Derivative Complaint; Civil Case Cover Sheet; Certificate Rule LCVR 7.1; Initial Electronic Case Filing Order; Notice of Right to Consent to Trial Before United States Magistrate Judge; [Proposed] Pre-Trial Order No.1; The City of Harper Woods Employees' Retirement System's Motion to Consolidate Related Actions and Appoint Lead Derivative Counsel, personally on **John Pix Weston** at 1.25 pm on

PETER HEYWOOD BAKER
NOTARY PUBLIC
405/7 HOLLOWAY ROAD
LONDON N7 6HG

John Pix Weston

Deponent: Norman Speight

Saturday 15 December 2007 at 1,The Starlings, Oxshott, Leatherhead, Surrey, KT22 0QN UK his place of residence.

Sworn at                                    )
                                            )
**405/7 HOLLOWAY ROAD,**                    )
**LONDON N7 6HG**                           )
                                            )
This 22 day of January 2008                 )
Before me:

<u>NOTARY</u>

PETER HEYWOOD BAKER
NOTARY PUBLIC
405/7 HOLLOWAY ROAD
LONDON N7 6HG

50 Jan

