UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER, et al.,<br><br>Defendants<br><br>- and -<br><br>BAE SYSTEMS PLC, an England and Wales Corporation,<br><br>Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Please enter the appearance of Matthew J. Herrington as additional counsel in this case for The PNC Financial Group, Inc.

February 11, 2008

                                                 Matthew J. Herrington
                                                 DC Bar Number: 452364
                                                 STEPTOE & JOHNSON LLP
                                                 1330 Connecticut Ave NW
                                                 Washington DC 20036
                                                 P: (202) 429 6440
                                                 F: (202) 429 3902

## CERTIFICATE OF SERVICE

I certify that on February 11, 2008, copies of the foregoing NOTICE OF APPEARANCE were filed and distributed electronically on the ECF system, to the following counsel of record:

>Roger M. Adelman
>1100 Connecticut Avenue, N.W. – Suite 730
>Washington, D.C. 20036
>
>>Counsel for Plaintiff
>
>Darren J. Robbins
>Mary K. Blasy
>Coughlin Stoia Geller Rudman & Robbins LLP
>655 West Broadway – Suite 1900
>San Diego, CA 92101
>
>>Counsel for Plaintiff
>
>Jonathan W. Cuneo
>William H. Anderson
>Cuneo Gilbert & LaDuca LLP
>507 C St., N.E.
>Washington, D.C. 20002
>
>>Counsel for Plaintiff
>
>Michael J. Vanoverbeke
>Thomas C. Michaud
>Vanoverbeke Michaud & Timmony PC
>79 Alfred St.
>Detroit, MI 48201
>
>>Counsel for Plaintiff

Lawrence Byrne
Mary Warren
Linklaters LLP
1345 Avenue of the Americas
New York, New York 10105

    Counsel for BAE Systems plc Defendants


Richard L. Brusca
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

    Counsel for the Albritton Defendants


Wm. Bradford Reynolds
Howrey, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

    Counsel for Defendant Prince Bandar bin Sultan


                                               Christopher T. Lutz