AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CITY OF HARPER WOODS
EMPLOYEES' RETIREMENT SYSTEM,  )
        Plaintiff(s)    )   **APPEARANCE**
           )
           )
       vs.    )   CASE NUMBER   1:07-cv-01646
BAE SYSTEMS PLC, et al.,   )
           )
       Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Wm. Bradford Reynolds   as counsel in this
                                 (Attorney's Name)

case for:   Defendant, Prince Bandar Bin Sultan
                 (Name of party or parties)

February 13, 2008
Date

_(signature)_
Signature

Wm. Bradford Reynolds
Print Name

179010
BAR IDENTIFICATION

HOWREY LLP, 1299 Penn. Ave. N.W.
Address

Washington, DC   20004
City    State    Zip Code

(202) 383-6912
Phone Number