UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES'  RETIREMENT SYSTEM, Derivatively on  Behalf of BAE SYSTEMS PLC,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>RICHARD (DICK) L. OLVER et al.,  )<br>)<br>Defendants,  )<br>)<br>- and –  )<br>)<br>BAE SYSTEMS PLC, an England and Wales  )<br>corporation,  )<br>)<br>Nominal Defendant.  ) | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer<br><br><br>**ORAL HEARING REQUESTED** |

## MOTION BY INDIVIDUAL BAE SYSTEMS PLC DEFENDANT SUE BIRLEY TO DISMISS THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(1), (b)(2), and (b)(6) and the doctrine of *forum non conveniens*, and upon the Memorandum of Points and Authorities in Support of the Motion of BAE Systems plc and the Individual BAE Systems plc Defendants to Dismiss the Complaint (Docket Entry 43); the Declaration of Martin Moore QC dated January 30, 2008, and exhibits attached thereto (Docket Entry 43); the Declaration of David Parkes dated January 31, 2008 (Docket Entry 43); the Declaration of Sue Birley, dated January 12, 2008; and all other papers and proceedings herein,

Individual BAE Systems plc Defendant Sue Birley respectfully moves to dismiss the Complaint.

DATED: February 15, 2008
       New York, New York

Respectfully submitted,

LINKLATERS LLP

BY: LAWRENCE BYRNE (DC Bar # 4761)

*Lawrence Byrne/mu*
LAWRENCE BYRNE

Of Counsel:
Mary K. Warren
Jeffery Commission
Kristopher Kerstetter

1345 Avenue of the Americas
New York, NY 10105
Telephone: 212-903-9105
Facsimile: 212-903-9100

Attorneys for Individual BAE Systems plc Defendant Sue Birley

2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD (DICK) L. OLVER et al., <br><br> Defendants, <br><br> - and - <br><br> BAE SYSTEMS PLC, an England and Wales corporation, <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 1:07-cv-01646 <br><br> Assigned to: Judge Rosemary M. Collyer <br><br><br> **ORAL HEARING REQUESTED** |

**MOTION BY INDIVIDUAL BAE SYSTEMS PLC DEFENDANT
SUE BIRLEY TO DISMISS THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), (b)(2), and (b)(6) and the doctrine of *forum non conveniens*, and upon the Memorandum of Points and Authorities in Support of the Motion of BAE Systems plc and the Individual BAE Systems plc Defendants to Dismiss the Complaint (Docket Entry 43); the Declaration of Martin Moore QC dated January 30, 2008, and exhibits attached thereto (Docket Entry 43); the Declaration of David Parkes dated January 31, 2008 (Docket Entry 43); the Declaration of Sue Birley, dated January 12, 2008; and all other papers and proceedings herein,

Individual BAE Systems plc Defendant Sue Birley respectfully moves to dismiss the Complaint.

DATED: February 15, 2008
New York, New York

Respectfully submitted,

LINKLATERS LLP

BY: LAWRENCE BYRNE (DC Bar # 4761)

*Lawrence Byrne /mr*
LAWRENCE BYRNE

Of Counsel:
Mary K. Warren
Jeffery Commission
Kristopher Kerstetter

1345 Avenue of the Americas
New York, NY 10105
Telephone: 212-903-9105
Facsimile: 212-903-9100

Attorneys for Individual BAE Systems plc Defendant Sue Birley

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>                Plaintiff,<br><br>  vs.<br><br>RICHARD (DICK) L. OLVER et al.,<br><br>                Defendants,<br><br>  - and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>                Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

## ORDER

Having considered the Motion by Individual BAE Systems plc Defendant Sue Birley to Dismiss the Complaint, and all supporting and opposing filings and arguments, it is ORDERED that:

All claims in this case against Sue Birley are hereby DISMISSED.

                                                                                               _____

                                                                                               Rosemary M. Collyer
                                                                                               United States District Judge

Dated: _____, 2008

The following attorneys are entitled to receive notice of this order:

Roger M. Adelman
1100 Connecticut Avenue, NW – Suite 730
Washington, D.C. 20036

    Counsel for Plaintiff

Patrick Coughlin
Darren J. Robbins
Mark Solomon
Mary K. Blasy
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway – Suite 1900
San Diego, California  92101

    Counsel for Plaintiff

Jonathan W Cuneo
William H Anderson
Cuneo Gilbert & LaDuca LLP
507 C Street, N.E.
Washington, D.C. 20002

    Counsel for Plaintiff

Michael J. Vanoverbeke
Thomas C. Michaud
Vanoverbeke Michaud & Timmony PC
79 Alfred Street
Detroit, Michigan  48201

    Counsel for Plaintiff

Lawrence Byrne
Linklaters LLP
1345 Avenue of the Americas
New York, New York  10105

    Counsel for BAE Systems plc Defendants

Christopher T. Lutz
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

      Counsel for Defendant The PNC Financial Services Group, Inc.


Eric M. Roth
Adir G. Waldman
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019

      Of Counsel for Defendant The PNC Financial Services Group, Inc.


Richard L. Brusca
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, D.C. 20005

      Counsel for the Allbritton Defendants


Wm. Bradford Reynolds
Howrey, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

      Counsel for Defendant Prince Bandar Bin Sultan

## CERTIFICATE OF SERVICE

I certify that, besides having been filed and distributed electronically on the ECF system, copies of the foregoing Motion by Individual BAE Systems plc Defendant Sue Birley to Dismiss the Complaint and the Declaration of Sue Birley dated January 12, 2008, were sent on February 15, 2008, by First Class Mail, to the following counsel of record:

       Roger M. Adelman
       1100 Connecticut Avenue, N.W. - Suite 730
       Washington, D.C. 20036

            Counsel for Plaintiff

       Patrick Coughlin
       Darren J. Robbins
       Mark Solomon
       Mary K. Blasy
       Coughlin Stoia Geller Rudman & Robbins LLP
       655 West Broadway - Suite 1900
       San Diego, California 92101

            Counsel for Plaintiff

       Jonathan W. Cuneo
       William H. Anderson
       Cuneo Gilbert & LaDuca LLP
       507 C Street, N.E.
       Washington, D.C. 20002

            Counsel for Plaintiff

       Michael J. Vanoverbeke
       Thomas C. Michaud
       Vanoverbeke Michaud & Timmony PC
       79 Alfred Street
       Detroit, Michigan 48201

            Counsel for Plaintiff

Christopher T. Lutz
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

    Counsel for Defendant The PNC Financial
    Services Group, Inc.


Eric M. Roth
Adir G. Waldman
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019

    Of Counsel for Defendant The PNC Financial
    Services Group, Inc.


Richard L. Brusca
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

    Counsel for the Allbritton Defendants


Wm. Bradford Reynolds
Howrey, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

    Counsel for Defendant Prince Bandar bin Sultan


*Lawrence Byrne/ma*