UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, )<br>)<br>)<br>) | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, )<br>) | |
| vs.  ) | **ORAL HEARING REQUESTED** |
| RICHARD (DICK) L. OLVER et al., )<br>) | |
| Defendants, )<br>) | |
| - and - )<br>) | |
| BAE SYSTEMS PLC, an England and Wales corporation, )<br>)<br>) | |
| Nominal Defendant. ) | |

### MOTION BY INDIVIDUAL BAE SYSTEMS PLC DEFENDANT SUE BIRLEY TO DISMISS THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(1), (b)(2), and (b)(6) and the doctrine of *forum non conveniens*, and upon the Memorandum of Points and Authorities in Support of the Motion of BAE Systems plc and the Individual BAE Systems plc Defendants to Dismiss the Complaint (Docket Entry 43); the Declaration of Martin Moore QC dated January 30, 2008, and exhibits attached thereto (Docket Entry 43); the Declaration of David Parkes dated January 31, 2008 (Docket Entry 43); the Declaration of Sue Birley, dated January 12, 2008; and all other papers and proceedings herein,

Individual BAE Systems plc Defendant Sue Birley respectfully moves to dismiss the Complaint.

DATED: February 15, 2008
        New York, New York

        Respectfully submitted,

        LINKLATERS LLP

        BY: LAWRENCE BYRNE (DC Bar # 4761)

        *Lawrence Byrne/mn*
        LAWRENCE BYRNE

Of Counsel:
Mary K. Warren
Jeffery Commission
Kristopher Kerstetter

1345 Avenue of the Americas
New York, NY 10105
Telephone: 212-903-9105
Facsimile: 212-903-9100

Attorneys for Individual BAE Systems plc Defendant Sue Birley

2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER et al.,<br><br>Defendants,<br><br>- and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>Nominal Defendant. | ) Civil No. 1:07-cv-01646<br>) <br>) Assigned to: Judge Rosemary M. Collyer<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF SUE BIRLEY

Pursuant to 28 U.S.C. § 1746, I, Sue Birley, declare as follows:

1. I was a non-executive member of the BAE Systems plc Board of Directors from 2000 to May 2007.

2. I am a citizen of the United Kingdom.

3. I reside in Newbury, United Kingdom.

4. I am currently retired.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 12 January 2008.

_____
Sue Birley

A08542442/1.0/10 Jan 2008

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>      Plaintiff,<br><br> vs.<br><br>RICHARD (DICK) L. OLVER et al.,<br><br>      Defendants,<br><br> - and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>      Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

**ORDER**

Having considered the Motion by Individual BAE Systems plc Defendant Sue Birley to Dismiss the Complaint, and all supporting and opposing filings and arguments, it is ORDERED that:

All claims in this case against Sue Birley are hereby DISMISSED.

                  _____

                  Rosemary M. Collyer
                  United States District Judge

Dated: _____, 2008

The following attorneys are entitled to receive notice of this order:

Roger M. Adelman
1100 Connecticut Avenue, NW – Suite 730
Washington, D.C. 20036

       Counsel for Plaintiff

Patrick Coughlin
Darren J. Robbins
Mark Solomon
Mary K. Blasy
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway – Suite 1900
San Diego, California  92101

       Counsel for Plaintiff

Jonathan W Cuneo
William H Anderson
Cuneo Gilbert & LaDuca LLP
507 C Street, N.E.
Washington, D.C. 20002

       Counsel for Plaintiff

Michael J. Vanoverbeke
Thomas C. Michaud
Vanoverbeke Michaud & Timmony PC
79 Alfred Street
Detroit, Michigan  48201

       Counsel for Plaintiff

Lawrence Byrne
Linklaters LLP
1345 Avenue of the Americas
New York, New York  10105

       Counsel for BAE Systems plc Defendants

Christopher T. Lutz
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036

      Counsel for Defendant The PNC Financial Services Group, Inc.


Eric M. Roth
Adir G. Waldman
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York  10019

      Of Counsel for Defendant The PNC Financial Services Group, Inc.


Richard L. Brusca
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, D.C.  20005

      Counsel for the Allbritton Defendants


Wm. Bradford Reynolds
Howrey, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

      Counsel for Defendant Prince Bandar Bin Sultan

## CERTIFICATE OF SERVICE

I certify that, besides having been filed and distributed electronically on the ECF system, copies of the foregoing Motion by Individual BAE Systems plc Defendant Sue Birley to Dismiss the Complaint and the Declaration of Sue Birley dated January 12, 2008, were sent on February 15, 2008, by First Class Mail, to the following counsel of record:

      Roger M. Adelman
      1100 Connecticut Avenue, N.W. - Suite 730
      Washington, D.C. 20036

          Counsel for Plaintiff


      Patrick Coughlin
      Darren J. Robbins
      Mark Solomon
      Mary K. Blasy
      Coughlin Stoia Geller Rudman & Robbins LLP
      655 West Broadway - Suite 1900
      San Diego, California 92101

          Counsel for Plaintiff


      Jonathan W. Cuneo
      William H. Anderson
      Cuneo Gilbert & LaDuca LLP
      507 C Street, N.E.
      Washington, D.C. 20002

          Counsel for Plaintiff


      Michael J. Vanoverbeke
      Thomas C. Michaud
      Vanoverbeke Michaud & Timmony PC
      79 Alfred Street
      Detroit, Michigan 48201

          Counsel for Plaintiff

Christopher T. Lutz
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

    Counsel for Defendant The PNC Financial
    Services Group, Inc.


Eric M. Roth
Adir G. Waldman
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019

    Of Counsel for Defendant The PNC Financial
    Services Group, Inc.


Richard L. Brusca
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

    Counsel for the Allbritton Defendants


Wm. Bradford Reynolds
Howrey, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

    Counsel for Defendant Prince Bandar bin Sultan


*/s/ Lawrence Byrne/ma*