UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER et al.,<br><br>Defendants,<br><br>- and -<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

**JOINT STIPULATION AND [PROPOSED] ORDER ALTERING BRIEFING SCHEDULE FOR MOTION BY INDIVIDUAL BAE SYSTEMS PLC DEFENDANT SUE BIRLEY TO DISMISS THE COMPLAINT**

**WHEREAS**, on September 19, 2007, plaintiff the City of Harper Woods Employees' Retirement System filed a Verified Shareholder Derivative Complaint For Intentional, Reckless or Negligent Breach of Fiduciary Duty, Corporate Waste and *Ultra Vires* Conduct (the "Complaint") on behalf of BAE Systems plc (the "Nominal Defendant") against: (i) current or former BAE Systems plc directors or executives Richard (Dick) L. Olver, Michael J. Turner, Walter P. Havenstein, Ian G. King, George W. Rose, Christopher V. Geoghegan, Phillip J. Carroll, Michael J. Hartnall, Sir Peter James Mason, Roberto Quarta, Sir Anthony Nigel Russell Rudd, Peter A. Weiberg, Andrew George Inglis, Ulrich Cartellieri, Sue Birley, Michael Lester, Mark H. Ronald, Michael Denzil Xavier Portillo, Sir Richard Harry Evans, Lord Alexander Hesketh, John

Pix Weston, Keith Clark Brown, Steve Lewis Mogford, Paolo Scaroni, Sir Robbin Biggam, and Sir Charles Beech Gordon Masefield (the "Individual BAE Systems plc Defendants"); (ii) The PNC Financial Services Group, Inc., As Successor to Riggs National Corporation/Riggs Bank, N.A. ("PNC"); (iii) Prince Bandar Bin Sultan; and (iv) Joe L. Allbritton, Robert L. Allbritton and Barbara Allbritton (the "Allbritton Defendants");

**WHEREAS**, pursuant to Pretrial Order #1 entered herein on December 20, 2007, the Nominal Defendant, Certain Individual BAE Systems plc Defendants, PNC and the Allbritton Defendants obtained extensions until January 31, 2008, to respond to the Complaint;

**WHEREAS**, pursuant to Pretrial Order #1, Individual BAE Systems plc Defendants Sir Robbin Biggam, Sue Birley, Keith Clark Brown, Sir Richard Harry Evans, Lord Alexander Hesketh, Michael Lester, Sir Charles Beech Gordon Masefield, Steve Lewis Mogford, Michael Denzil Xavier Portillo, Paolo Scaroni, and John Pix Weston (collectively, "Remaining Individual BAE Systems plc Defendants"), did not agree to waive formal service of process;

**WHEREAS**, pursuant to Pretrial Order #1, to the extent valid service of process was effected on any of the Remaining Individual BAE Systems plc Defendants on or before December 31, 2007, the response date for any Remaining Individual BAE Systems plc Defendant so served would be January 31, 2008;

**WHEREAS**, the Nominal Defendant and Certain Individual BAE Systems plc Defendants filed a motion to dismiss the complaint on January 31, 2008;

**WHEREAS**, formal service of process was effected on Individual BAE Systems plc Defendant Sue Birley on January 30, 2008, after the December 31, 2007, deadline in Pretrial Order #1;

**WHEREAS**, a Motion by Individual BAE Systems Defendant Sue Birley to Dismiss the Complaint was filed on February 15, 2008, joining the arguments raised in the Motion by BAE Systems plc and the Individual BAE Systems plc Defendants to Dismiss the Complaint and supporting papers, filed on January 31, 2008;

**WHEREAS**, Federal Rule of Civil Procedure 6(b) provides this Court discretion to extend the time within which an act must be done for cause if the request is made before the original time has expired;

**WHEREAS**, the parties have conferred and agreed to apply the same briefing schedule set forth in Pretrial Order #1 to Individual BAE Systems plc Defendant Sue Birley in an effort to ease the administrative burden on the Court that would be caused by multiple response dates;

**NOW, THEREFORE**, it is hereby stipulated and agreed between plaintiff and Individual BAE Systems plc Defendant Sue Birley, through their counsel listed below, subject to the approval of the Court, that:

1. Service of process on Individual BAE Systems plc Defendant Sue Birley was effective January 30, 2008.

2. Plaintiff's opposition to the February 15, 2008, Motion by Individual BAE Systems Defendant Sue Birley to Dismiss the Complaint will be included in its opposition to the January 31, 2008, Motion by BAE Systems plc and the Individual BAE Systems plc Defendants to Dismiss the Complaint.

3. Individual BAE Systems plc Defendant Sue Birley's reply to plaintiff's opposition will be included in the reply filed by BAE Systems plc and the Individual BAE Systems plc Defendants.

**IT IS SO STIPULATED.**

DATED: February 15, 2008

COUGHLIN STOIA GELLER RUDMAN
   & ROBBINS LLP
PATRICK J. COUGHLIN
MARK SOLOMON
MARY K. BLASY

*/s/ Mary K. Blasy*
MARY K. BLASY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for the Plaintiff

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)
1100 Connecticut Ave., NW, Suite 730
Washington, DC 20036
Telephone: 202/822-0600
202/822-6722 (fax)

CUNEO GILBERT & LaDUCA, L.L.P.
JONATHAN W. CUNEO (DC Bar # 939389)
WILLIAM H. ANDERSON (DC Bar # 502380)
507 C Street, N.E.
Washington, DC 20002
Telephone: 202/789-3960
202/789-1813 (fax)

Co-Liaison Counsel for Plaintiff

                    VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Attorneys for Plaintiff

DATED: February 15, 2008

LINKLATERS LLP
LAWRENCE BYRNE (DC Bar # 4761)

_____
LAWRENCE BYRNE

1345 Avenue of the Americas
New York, NY 10105
Telephone: 212/903-9105
212/903-9100 (fax)

Attorneys for Individual BAE Systems plc
Defendant Sue Birley

**IT IS SO ORDERED.**

DATED: _____  _____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

5

# CERTIFICATE OF SERVICE

I certify that, besides having been filed and distributed electronically on the ECF system, copies of the foregoing Joint Stipulation and [Proposed] Order Altering Briefing Schedule for Motion by Individual BAE Systems plc Defendant Sue Birley to Dismiss the Complaint, were sent on February 15, 2008, by First Class Mail, to the following counsel of record:

      Roger M. Adelman
      1100 Connecticut Avenue, N.W. - Suite 730
      Washington, D.C. 20036

           Counsel for Plaintiff

      Patrick Coughlin
      Darren J. Robbins
      Mark Solomon
      Mary K. Blasy
      Coughlin Stoia Geller Rudman & Robbins LLP
      655 West Broadway - Suite 1900
      San Diego, CA 92101

           Counsel for Plaintiff

      Jonathan W. Cuneo
      William H. Anderson
      Cuneo Gilbert & LaDuca LLP
      507 C St., N.E.
      Washington, D.C. 20002

           Counsel for Plaintiff

      Michael J. Vanoverbeke
      Thomas C. Michaud
      Vanoverbeke Michaud & Timmony PC
      79 Alfred St.
      Detroit, MI 48201

           Counsel for Plaintiff

Christopher T. Lutz
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

>   Counsel for Defendant The PNC Financial
>   Services Group, Inc.

Eric M. Roth
Adir G. Waldman
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019

>   Of Counsel for Defendant The PNC Financial
>   Services Group, Inc.

Richard L. Brusca
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave., N.W.
Washington, D.C. 20005

>   Counsel for the Allbritton Defendants

Wm. Bradford Reynolds
Howrey, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

>   Counsel for Defendant Prince Bandar bin Sultan

*Lawrence Byrne/ma*