UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD (DICK) L. OLVER et al., <br><br> Defendants, <br><br> – and – <br><br> BAE SYSTEMS PLC, an England and Wales corporation, <br><br> Nominal Defendant. | Civil No. 1:07-cv-01646 <br><br> Assigned to: Judge Rosemary M. Collyer |

**JOINT STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 2**

WHEREAS, on September 19, 2007 Plaintiff the City of Harper Woods Employees' Retirement System filed a Verified Shareholder Derivative Complaint For Intentional, Reckless or Negligent Breach Of Fiduciary Duty, Corporate Waste and *Ultra Vires* Conduct (the "Complaint") on behalf of BAE Systems plc ("BAE") against: (i) current or former BAE Systems plc executives Richard (Dick) L. Olver, Michael J. Turner, Walter P. Havenstein, Ian G. King, George W. Rose, Christopher V. Geoghegan, Phillip J. Carroll, Michael J. Hartnall, Sir Peter James Mason, Roberto Quarta, Sir Anthony Nigel Russell Rudd, Peter A. Weinberg, Andrew George Inglis, Ulrich Cartellieri, Sue Birley, Michael Lester, Mark H. Ronald, Michael Denzil Xavier Portillo, Sir Richard Harry Evans, Lord Alexander Hesketh, John Pix Weston, Keith Clark Brown, Steve Lewis Mogford, Paolo Scaroni, Sir Robin Biggam, and Sir Charles Beech Gordon Masefield (collectively, the "BAE Defendants"); (ii) The PNC Financial Services Group, Inc, As Successor to Riggs National Corporation/Riggs Bank, N.A. ("PNC"); (iii) Prince Bandar Bin Sultan ("Prince Bandar"); and (iv) Joe L. Allbritton, Robert L. Allbritton and Barbara Allbritton (the "Allbrittons");

WHEREAS, service of process has been completed on BAE, all BAE Defendants except Paolo Scaroni, PNC, the Allbrittons and Prince Bandar, with all served parties except Prince Bandar having agreed to respond to the action by January 31, 2008;

WHEREAS, as of January 31, 2008 BAE and all BAE Defendants (except Paolo Scaroni) moved to dismiss on three grounds: (i) lack of personal jurisdiction over all defendants; (ii) *forum non conveniens*; and (iii) that under English law, Plaintiff lacks standing and has failed to state a claim on which relief can be granted;

WHEREAS, on January 31, 2008 PNC and the Allbrittons moved to dismiss on three grounds: (i) that under English law, Plaintiff lacks standing and has failed to state a claim on

2

which relief can be granted; (ii) that the complaint did not adequately plead an aiding and abetting claim against PNC or the Allbrittons; and (iii) that the Doctrine of *In Pari Delicto* bars Plaintiff's claims against PNC and the Allbrittons;

**WHEREAS**, pursuant to Pretrial Order #1 entered December 20, 2007, Plaintiff's oppositions to the pending motions to dismiss are due on March 31, 2008;

**WHEREAS**, Plaintiff seeks expedited discovery limited to personal jurisdiction in order to oppose the motion to dismiss for lack of personal jurisdiction;

**WHEREAS**, on February 20, 2008 counsel for Plaintiff presented counsel for BAE and the BAE Defendants with the proposed written discovery sought and a proposed schedule for conducting expedited discovery (including 4 hour depositions of each party seeking dismissal for lack of personal jurisdiction);

**WHEREAS**, on February 26, 2008 counsel for BAE and the BAE Defendants advised counsel for Plaintiff they would not agree to respond to any jurisdictional discovery;

**WHEREAS**, in the process of meeting and conferring on Plaintiff's request for expedited discovery limited to personal jurisdiction prior to filing a motion for expedited discovery, on March 12, 2008 the parties agreed, subject to Court approval, that in order to permit the Court to rule on Plaintiff's motion for expedited discovery, the due date on Plaintiff's oppositions to the pending motions to dismiss should be extended;

**NOW, THEREFORE**, it is hereby stipulated and agreed between BAE, the BAE Defendants (except Paolo Scaroni), PNC, and the Allbrittons, through their respective counsel listed below, subject to the approval of the Court, that:

1. Plaintiff shall file its motion for expedited discovery limited to personal jurisdiction on March 12, 2008; Defendants shall file any opposition(s) to the motion by March 24, 2008; if

3

Defendants oppose the motion, Plaintiff shall file a reply by March 31, 2008; and the Court will hear oral argument on the motion for expedited discovery limited to personal jurisdiction on a date to be selected, *if the Court determines oral argument would be helpful.*

2. The due date pursuant to Pretrial Order #1 entered December 20, 2007 for Plaintiff's opposition brief in response to the Defendants' motions to dismiss filed January 31, 2008, is suspended pending the Court's ruling as described in paragraph 3.

3. Within five days of the Court's ruling on the motion for expedited discovery limited to personal jurisdiction, the parties will meet and confer to discuss a schedule for briefing on the pending motions to dismiss, which were filed on January 31, 2008. The parties will jointly submit a schedule to the Court or, if the parties cannot agree to a schedule, separate proposals, which the Court will consider before entering a revised briefing schedule.

4. The Court will hear the pending motions to dismiss on a date to be selected, *if the Court determines oral argument would be helpful.*

IT IS SO STIPULATED.

DATED: March 17, 2008

COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
PATRICK J. COUGHLIN
MARK SOLOMON
MARY K. BLASY

/s/ Mary K. Blasy
_____
MARY K. BLASY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for the Plaintiff

4

| | |
|---|---|
| DATED: March 17, 2008 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>RICHARD L. BRUSCA (DC Bar # 366746)<br><br>*Richard J. Brusca/SD*<br>_____<br>RICHARD L. BRUSCA<br><br>1440 New York Ave., N.W.<br>Washington, D.C. 20005<br>Telephone: 202/371-7140<br>202/661-8209 (fax)<br><br>Attorneys for Defendants Joe Allbritton, Barbara Allbritton and Robert Allbritton<br><br>MICHAEL W. MITCHELL<br>Four Times Square<br>New York, NY 10036<br>Telephone: 212/735-3000<br>212/735-2000 (fax)<br><br>Of Counsel for Defendants Joe Allbritton, Barbara Allbritton and Robert Allbritton |
| **IT IS SO ORDERED.**<br><br>DATED: 3/18/08 | *Rosemary M. Collyer*<br>_____<br>THE HONORABLE ROSEMARY M. COLLYER<br>UNITED STATES DISTRICT JUDGE |

7