UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD (DICK) L. OLVER, *et al.*,<br><br>Defendants. | Civil Action No. 07-1646 (RMC) |

## STANDING ORDER

1. Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

2. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

3. Requests for extensions of time or to amend an existing schedule shall be made in conformity with Federal Rule of Civil Procedure 6(b).

4. Counsel are expected to evaluate their respective cases for settlement purposes. Submission

to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge. If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

**SO ORDERED.**


Date: March 18, 2008                               /s/
                                             ROSEMARY M. COLLYER
                                             United States District Judge