UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER, et al.,<br><br>Defendants<br><br>- and -<br><br>BAE SYSTEMS PLC, an England and Wales Corporation,<br><br>Nominal Defendant. | ) Civil No. 1:07-cv-01646<br>)<br>) Assigned to: Judge Rosemary M. Collyer<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE*

Defendant The PNC Financial Services Group, Inc. ("PNC") hereby requests admission of attorneys Eric M. Roth and Adir Gurion Waldman, members of the bar of the State of New York, to appear *pro hac vice* on behalf of PNC in all proceedings in the above-captioned action.

Respectfully submitted

STEPTOE & JOHNSON LLP

_____
Christopher T. Lutz (D.C. Bar No. 204008)
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-6440
Facsimile: (202) 429-3902

                                                Counsel for The PNC Financial Services
                                                Group, Inc.

Dated: _4/1/08_

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on behalf of BAE SYSTEMS PLC, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD (DICK) L. OLVER, et al., <br><br> Defendants <br><br> - and - <br><br> BAE SYSTEMS PLC, an England and Wales Corporation, <br><br> Nominal Defendant. | ) Civil No. 1:07-cv-01646 <br> ) <br> ) Assigned to: Judge Rosemary M. Collyer |

### ORDER GRANTING
### MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE*

On this _____ day of _____, _____, IT IS HEREBY ORDERED that Defendant The PNC Financial Services Group, Inc.'s Motion for Admission of Attorneys Eric M. Roth and Adir Gurion Waldman *pro hac vice* is granted.

_____
Judge Rosemary M. Collyer
United States District Judge

## CERTIFICATE OF SERVICE

I certify that, besides having been filed and distributed electronically on the ECF system, copies of the foregoing PNC's MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE* were sent on April 1, 2008, by First Class Mail, to the following counsel of record:

>Roger M. Adelman
>1100 Connecticut Avenue NW – Suite 730
>Washington, D.C. 20036
>
>>Counsel for Plaintiff
>
>Darren J. Robbins
>Mary K. Blasy
>Coughlin Stoia Geller Rudman & Robbins LLP
>655 West Broadway – Suite 1900
>San Diego, CA 92101
>
>>Counsel for Plaintiff
>
>Jonathan W. Cuneo
>William H. Anderson
>Cuneo Gilbert & LaDuca LLP
>507 C St N.E.
>Washington, D.C. 20002
>
>>Counsel for Plaintiff
>
>Michael J. Vanoverbeke
>Thomas C. Michaud
>Vanoverbeke Michaud & Timmony PC
>79 Alfred St.
>Detroit MI 48201
>
>>Counsel for Plaintiff

Lawrence Byrne
Mary Warren
Linklaters LLP
1345 Avenue of the Americas
New York, New York 10105

Counsel for BAE Systems plc Defendants


Wm. Bradford Reynolds
Howrey, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004

Counsel for Defendant Prince Bandar bin Sultan


_____
Christopher T. Lutz (D.C. Bar No. 204008)
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:  (202) 429-6440
Facsimile:  (202) 429-3902

Counsel for The PNC Financial Services Group, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on behalf of BAE SYSTEMS PLC, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD (DICK) L. OLVER, et al., <br><br> Defendants <br><br> - and - <br><br> BAE SYSTEMS PLC, an England and Wales Corporation, <br><br> Nominal Defendant. | Civil No. 1:07-cv-01646 <br><br> Assigned to: Judge Rosemary M. Collyer |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR
ADMISSION OF ATTORNEYS *PRO HAC VICE***

Eric M. Roth and Adir Gurion Waldman are attorneys with the law firm of Wachtell, Lipton, Rosen & Katz, LLP, 51 West 52nd Street, New York, New York 10013. Neither maintains an office in the District of Columbia. See Certifications of Eric M. Roth and Adir Gurion Waldman (attached hereto as Exhibits 1 and 2 respectively). Messrs. Roth and Waldman are both admitted to practice in the State of New York, and are in good standing with the bar in that state. Id. Mr. Roth and Mr. Waldman are admitted to, and in good standing of, the bars referenced in their certifications. Id. There are no pending disciplinary proceedings against them in any jurisdiction. Id. Neither Mr. Roth nor Mr. Waldman has ever been disbarred or suspended in any jurisdiction where they have been admitted, *pro hac vice* or otherwise. Id.

Neither Mr. Roth nor Mr. Waldman has been admitted *pro hac vice* in this Court within the last two years. Id.

Messrs. Roth and Waldman are counsel for Defendant The PNC Financial Services Group, Inc. ("PNC") and seek an order from this Court to be admitted *pro hac vice* to practice before this Court in order to represent PNC in the above-captioned action.

Respectfully submitted,

STEPTOE & JOHNSON LLP

_____
Christopher T. Lutz (D.C. Bar No. 204008)
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-6440
Facsimile: (202) 429-3902

Counsel for The PNC Financial Services Group, Inc.

Dated: 4/1/08

# Exhibit 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on behalf of BAE SYSTEMS PLC,<br><br>                Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER, et al.,<br><br>                Defendants<br>– and –<br><br>BAE SYSTEMS PLC, an England and Wales Corporation,<br><br>                Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

### CERTIFICATION PURSUANT TO LOCAL RULE 83.2(d)

I, Eric M. Roth, hereby certify that:

1. My full name is Eric M. Roth.

2. My office address and telephone number are:

    Wachtell, Lipton, Rosen & Katz
    51 West 52nd Street
    New York, New York 10013
    (Tel) 212-403-1000

3. I have been admitted to, and am currently a member in good standing of, the bars of the State of New York, the District of Columbia (inactive status), the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Eastern District of

Wisconsin, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court.

4. I have not been disbarred or suspended and I am not the object of any pending disciplinary proceedings in any jurisdiction where I have been admitted generally, *pro hac vice*, or in any other way.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not maintain an office in the District of Columbia.

Dated: March 13, 2008

_____
Eric M. Roth

2

# Exhibit 2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER, et al.,<br><br>Defendants<br>- and -<br><br>BAE SYSTEMS PLC, an England and Wales Corporation,<br><br>Nominal Defendant. | ) Civil No. 1:07-cv-01646<br>)<br>) Assigned to: Judge Rosemary M. Collyer<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION PURSUANT TO
LOCAL RULE 83.2(d)**

I, Adir Waldman, hereby certify that:

1. My full name is Adir Gurion Waldman.

2. My office address and telephone number are:

   Wachtell, Lipton, Rosen & Katz
   51 West 52nd Street
   New York, New York 10013
   (Tel) 212-403-1000

3. I have been admitted to, and am currently a member in good standing of, the bars of the State of New York, the State of Connecticut, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States Court of Appeals for the Second Circuit.

4. I have not been disbarred or suspended and I am not the object of any pending disciplinary proceedings in any jurisdiction where I have been admitted generally, *pro hac vice*, or in any other way.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not maintain an office in the District of Columbia.

Dated: March 13, 2008

_____
Adir Waldman

## CERTIFICATE OF SERVICE

I certify that, besides having been filed and distributed electronically on the ECF system, copies of the foregoing PNC's MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE* were sent on April 1, 2008, by First Class Mail, to the following counsel of record:

>Roger M. Adelman
>1100 Connecticut Avenue NW – Suite 730
>Washington, D.C. 20036
>
>   Counsel for Plaintiff
>
>
>Darren J. Robbins
>Mary K. Blasy
>Coughlin Stoia Geller Rudman & Robbins LLP
>655 West Broadway – Suite 1900
>San Diego, CA 92101
>
>   Counsel for Plaintiff
>
>
>Jonathan W. Cuneo
>William H. Anderson
>Cuneo Gilbert & LaDuca LLP
>507 C St N.E.
>Washington, D.C. 20002
>
>   Counsel for Plaintiff
>
>
>Michael J. Vanoverbeke
>Thomas C. Michaud
>Vanoverbeke Michaud & Timmony PC
>79 Alfred St.
>Detroit MI 48201
>
>   Counsel for Plaintiff

Lawrence Byrne
Mary Warren
Linklaters LLP
1345 Avenue of the Americas
New York, New York 10105

    Counsel for BAE Systems plc Defendants


Wm. Bradford Reynolds
Howrey, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

    Counsel for Defendant Prince Bandar bin Sultan


_____
Christopher T. Lutz (D.C. Bar No. 204008)
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-6440
Facsimile: (202) 429-3902

Counsel for The PNC Financial Services Group, Inc.