UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on behalf of BAE SYSTEMS PLC, | ) ) ) Civil No. 1:07-cv-01646 ) Assigned to: Judge Rosemary M. Collyer |
| Plaintiff, | ) ) |
| vs. | ) ) |
| RICHARD (DICK) L. OLVER, et al. | ) ) |
| Defendants. | ) ) |
| - and - | ) ) |
| BAE SYSTEMS PLC, an England and Wales Corporation, | ) ) ) |
| Nominal Defendant. | ) |

**ORDER**

Having considered the JOINT RESPONSE TO PLAINTIFF'S MOTION FOR EXPEDITED

DISCOVERY LIMITED TO PERSONAL JURISDICTION filed by Defendants The PNC Financial

Services Group, Inc. and Joe L. Allbritton, Robert L. Allbritton, and Barbara Allbritton, and all

supporting and opposing filings and arguments, it is ORDERED that

1)    Plaintiff's Motion for Expedited Discovery is denied with leave to re-file if the Court

denies all of the defendants' arguments for dismissal not based on personal jurisdiction.

2)    The Court will consider grounds for dismissal not based on personal jurisdiction first.

3)    The parties shall meet and confer in an effort to agree on a revised schedule for the

submission of responses and replies in connection with the motions to dismiss.

Rosemary M. Collyer
United States District Judge

Dated: April 1, 2008