UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>                     Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER, et al.,<br><br>                     Defendants,<br><br>  – and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>                Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

**JOINT STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 3**

**WHEREAS**, on September 19, 2007 Plaintiff the City of Harper Woods Employees' Retirement System filed a Verified Shareholder Derivative Complaint For Intentional, Reckless or Negligent Breach Of Fiduciary Duty, Corporate Waste and *Ultra Vires* Conduct (the "Complaint") on behalf of BAE Systems plc ("BAE") against: (i) current or former BAE executives Richard (Dick) L. Olver, Michael J. Turner, Walter P. Havenstein, Ian G. King, George W. Rose, Christopher V. Geoghegan, Phillip J. Carroll, Michael J. Hartnall, Sir Peter James Mason, Roberto Quarta, Sir Anthony Nigel Russell Rudd, Peter A. Weinberg, Andrew George Inglis, Ulrich Cartellieri, Sue Birley, Michael Lester, Mark H. Ronald, Michael Denzil Xavier Portillo, Sir Richard Harry Evans, Lord Alexander Hesketh, John Pix Weston, Keith Clark Brown, Steve Lewis Mogford, Paolo Scaroni, Sir Robin Biggam, and Sir Charles Beech Gordon Masefield (collectively, the "BAE Defendants"); (ii) The PNC Financial Services Group, Inc, As Successor to Riggs National Corporation/Riggs Bank, N.A. ("PNC"); (iii) Prince Bandar Bin Sultan ("Prince Bandar"); and (iv) Joe L. Allbritton, Robert L. Allbritton and Barbara Allbritton (the "Allbrittons");

**WHEREAS**, service of process has been completed on BAE, all BAE Defendants (except Paolo Scaroni), PNC, the Allbrittons and Prince Bandar, with all parties except Prince Bandar having agreed to respond to the action by January 31, 2008;

**WHEREAS**, on January 31, 2008 BAE and all BAE Defendants (except Paolo Scaroni) moved to dismiss on three grounds: (i) lack of personal jurisdiction over all defendants; (ii) *forum non conveniens*; and (iii) that under English law, Plaintiff lacks standing and has failed to state a claim on which relief can be granted;

**WHEREAS**, on January 31, 2008 PNC and the Allbrittons moved to dismiss on three grounds: (i) that under English law, Plaintiff lacks standing to bring this derivative action; (ii) that Plaintiff has failed to state any claim against PNC and the Allbrittons on which relief can be granted; and (iii) that the Doctrine of *In Pari Delicto* bars Plaintiff's claims against PNC and the Allbrittons;

**WHEREAS,** pursuant to Pretrial Order #1 entered December 20, 2007, Plaintiff's oppositions to the pending motions to dismiss were due on March 31, 2008;

**WHEREAS,** by motion dated March 12, 2008, Plaintiff sought expedited discovery limited to personal jurisdiction in order to oppose the motion to dismiss for lack of personal jurisdiction;

**WHEREAS,** pursuant to Pretrial Order #2 entered March 18, 2008, in order to permit the Court to rule on Plaintiff's motion for expedited discovery limited to personal jurisdiction, the due date on Plaintiff's oppositions to the pending motions to dismiss was deferred such that within five days of the Court's ruling on Plaintiff's motion for expedited discovery, the parties were to meet and confer to discuss a schedule for briefing on the pending motions to dismiss; and

**WHEREAS,** on April 3, 2008 the Court entered its decision on Plaintiff's motion to expedited discovery, ordering that: (i) Plaintiff's Motion for Expedited Discovery was denied with leave to re-file if the Court denied all the defendants' other arguments for dismissal not based on personal jurisdiction; (ii) the Court would consider the grounds advanced for dismissal not based on personal jurisdiction first; and ordering (iii) the parties to meet and confer in an effort to agree on a revised schedule for the submission of responses and replies in connection with the pending motions to dismiss.

**NOW THEREFORE,** it is hereby Stipulated and agreed between BAE, the BAE defendants (except Paolo Scaroni), PNC and the Allbrittons, through their respective counsel listed below, subject to approval of the Court, that:

1. Plaintiff's oppositions to the pending motions to dismiss are to be filed on or before April 23, 2008;

2. Replies in support of the pending motions to dismiss are to be filed on or before May 23, 2008; and

      3.      The Court will hear the pending motions to dismiss on a date to be selected, if the Court determines oral argument would be helpful.

**IT IS SO STIPULATED.**

DATED: April 11, 2008

COUGHLIN STOIA GELLER RUDMAN
  &amp; ROBBINS LLP
PATRICK J. COUGHLIN
MARK SOLOMON
MARY K. BLASY

/s/ MARY K. BLASY
MARY K. BLASY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Derivative Counsel for Plaintiff

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)
1100 Connecticut Ave., NW, Suite 730
Washington, DC 20036
Telephone: 202/822-0600
202/822-6722 (fax)

CUNEO GILBERT & LaDUCA, L.L.P.
JONATHAN W. CUNEO (DC Bar # 939389)
WILLIAM H. ANDERSON (DC Bar # 502380)
507 C Street, N.E.
Washington, DC 20002
Telephone: 202/789-3960
202/789-1813 (fax)

Co-Liaison Counsel for Plaintiff

VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Attorneys for Plaintiff

DATED: April 11, 2008

LINKLATERS LLP
LAWRENCE BYRNE (DC Bar # 4761)

_Lawrence Byrne / JD_
LAWRENCE BYRNE

1345 Avenue of the Americas
New York, NY 10105
Telephone: 212/903-9105
212/903-9100 (fax)

Attorneys for Nominal Defendant BAE Systems plc and BAE Defendants Richard (Dick) L. Olver, Michael J. Turner, Walter P. Havenstein, Ian G. King, George W. Rose, Christopher V. Geoghegan, Phillip J. Carroll, Michael J. Hartnall, Sir Peter James Mason, Roberto Quarta, Sir Anthony Nigel Russell Rudd, Peter A. Weinberg, Andrew George Inglis, Ulrich Cartellieri, Sue Birley, Michael Lester, Mark H. Ronald, Michael Denzil Xavier Portillo, Sir Richard Harry Evans, Lord Alexander Hesketh, John Pix Weston, Keith Clark Brown, Steve Lewis Mogford, Paolo Scaroni, Sir Robin Biggam, and Sir Charles Beech Gordon Masefield

DATED: April 11, 2008

STEPTOE & JOHNSON LLP
CHRISTOPHER T. LUTZ (DC Bar # 204008)

_Christopher J. Lutz / JD_
CHRISTOPHER T. LUTZ

1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202/429-6440
202/429-3902 (fax)

Attorneys for Defendant The PNC Financial Services Group, Inc.

WACHTELL, LIPTON, ROSEN & KATZ
ERIC M. ROTH
ADIR G. WALDMAN
51 West 52nd Street
New York, NY 10019
Telephone: 212/403-1000
212/403-2000 (fax)

- 4 -

Of Counsel for Defendant The PNC Financial Services Group, Inc.

DATED: April 11, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
RICHARD L. BRUSCA (DC Bar # 366746)

*Richard L. Brusca / JD*
RICHARD L. BRUSCA

1440 New York Ave., N.W.
Washington, D.C. 20005
Telephone: 202/371-7140
202/661-8209 (fax)

Attorneys for Defendants Joe Allbritton, Barbara Allbritton and Robert Allbritton

MICHAEL W. MITCHELL
Four Times Square
New York, NY 10036
Telephone: 212/735-3000
212/735-2000 (fax)

Of Counsel for Defendants Joe Allbritton, Barbara Allbritton and Robert Allbritton

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

G:\CasesSD\BAE Derivative\STP00049893.doc

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 11, 2008.

s/ MARY K. BLASY
MARY K. BLASY

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: maryb@csgrr.com

# Mailing Information for a Case 1:07-cv-01646-RMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,lisamp@csgrr.com,tlatimer@csgrr.com,e_file_sd@csgrr.com

- **Mary K. Blasy**
  maryb@csgrr.com

- **Lawrence Byrne**
  larry.byrne@linklaters.com

- **Patrick J. Coughlin**
  patc@csgrr.com

- **Jonathan Watson Cuneo**
  jonc@cuneolaw.com

- **Matthew John Herrington**
  mherrington@steptoe.com

- **Christopher Talbott Lutz**
  clutz@steptoe.com

- **William Bradford Reynolds**
  ReynoldsW@howrey.com

- **Eric M. Roth**
  emroth@wlrk.com

- **Mark Solomon**
  marks@csgrr.com

- **Adir G. Waldman**
  awaldman@wlrk.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`