UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD (DICK) OLVER, et al.<br><br>Defendants.<br><br>-and-<br><br>BAE SYSTEMS PLC, an England and Wales Corporation,<br><br>Nominal Defendant. | Civil No. 1:07-cv-01646<br>Assigned to: Judge Rosemary M. Collyer |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Defendants Joseph, Barbara and Robert Allbritton hereby request admission of attorney Michael W. Mitchell, a member of the bar of the State of New York, to appear *pro hac vice* on their behalf in all proceedings in the above-captioned action.

Dated: April 23, 2008

Respectfully Submitted:

*Richard Brusca (jnz)*

Richard L. Brusca, Esq. (#366746)
**SKADDEN, ARPS, SLATE,**
  **MEAGHER & FLOM LLP**
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: Richard.Brusca@skadden.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,  )<br>)<br>)<br>)<br>            Plaintiff,  )<br>)<br>)<br>v.  )<br>)<br>RICHARD (DICK) OLVER, et al.  )<br>)<br>            Defendants.  )<br>)<br>   -and-  )<br>)<br>BAE SYSTEMS PLC, an England and Wales Corporation,  )<br>)<br>)<br>            Nominal Defendant.  ) | Civil No. 1:07-cv-01646<br>Assigned to: Judge Rosemary M. Collyer |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Attorney Michael W. Mitchell is an attorney with the firm Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036. Mr. Mitchell is admitted to practice in the State of New York, and is in good standing with the bar in that state. *See* Certification of Michael W. Mitchell (attached hereto as Exhibit 1). *Id.* Mr. Mitchell is admitted to, and in good standing with, the bars referenced in his certification. *Id.* He does not maintain an office in the District of Columbia. *Id.* There are no pending disciplinary proceedings against him in any jurisdiction. *Id.* Mr. Mitchell has never been disbarred or suspended in any jurisdiction where he has been admitted, *pro hac vice* or otherwise. *Id.* Mr. Mitchell has not been admitted to this court *pro hac vice* within the last two years. *Id.*

Mr. Mitchell is counsel for Joseph, Barbara and Robert Allbritton (the "Allbritton Defendants"), and seeks an order from this Court to be admitted *pro hac vice* to practice before this Court in order to represent the Allbritton Defendants in the above-captioned action.

Dated: April 23, 2008

Respectfully Submitted:

*/s/ Richard Brusca (jnz)*

Richard L. Brusca, Esq. (#366746)
**SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP**
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: Richard.Brusca@skadden.com

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 23rd day of April, 2008, a true and correct copy of the foregoing Motion for Admission of Attorney *Pro Hac Vice* was served by e-filing or first class mail, postage pre-paid, on the following:

Roger M. Adelman
1100 Connecticut Ave. NW
Suite 730
Washington, DC 20036
Telephone: (202) 822-0600
Facsimile: (202) 822-6722

Darren J. Robbins
Mary K. Blasy
Mark Solomon
COUGHLIN, STOIA GELLER, RUDMAN &
 ROBBINS LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Jonathon W. Cuneo
William H. Anderson
CUNEO, GILBERT & LADUA LLP
507 C St. N.E.
Washington, DC 20002
Facsimile: (202) 789-1813

Michael J. Vanoverbeke
Thomas C. Michaud
VANOVERBEKE MICHAUD & TIMMONY
 PC
79 Alfred St.
Detroit, MI 48201
Facsimile: (313) 578-1201

COUNSEL FOR PLAINTIFF

Lawrence Byrne
Mary Warren
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000

COUNSEL FOR DEFENDANTS PETER A. WEINBERG, PHILLIP J. CARROLL AND MARK H. RONALD

William Bradford Reynolds
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004

COUNSEL FOR DEFENDANT PRINCE BANDAR BIN SULTAN

Christopher Talbott Lutz
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Facsimile: (202) 429-6440

Eric M. Roth
Adir G. Waldman
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd St.
New York, NY 10019
Facsimile: (212) 403-2000

COUNSEL FOR THE PNC FINANCIAL SERVICES GROUP, INC.

_Richard Brusca (jmz)_
Richard L. Brusca

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD (DICK) OLVER, et al.<br><br>        Defendants.<br><br>-and-<br><br>BAE SYSTEMS PLC, an England and Wales Corporation,<br><br>        Nominal Defendant. | Civil No. 1:07-cv-01646<br>Assigned to: Judge Rosemary M. Collyer |

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.2(d)

I, Michael W. Mitchell, hereby certify that:

1. My full name is Michael W. Mitchell.

2. My office address and telephone number are:

    Skadden, Arps, Slate, Meagher & Flom LLP
    4 Times Square
    New York, NY 10036
    (212) 735-3000

3. I have been admitted to, and am currently a member in good standing of, the bars of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States Court of Appeals for the Second Circuit.

       4.       I have not been disbarred or suspended and I am not the object of any pending disciplinary proceedings in any jurisdiction where I have been admitted generally, *pro hac vice*, or in any other way.

       5.       I have not been admitted to this Court *pro hac vice* within the last two years.

       6.       I do not maintain an office in the District of Columbia.

Dated: April 23, 2008

*Michael Mitchell (jnz)*
Michael W. Mitchell