# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>)<br>v.  )<br>)<br>RICHARD (DICK) OLVER, et al.  )<br>)<br>Defendants.  )<br>)<br>-and-  )<br>)<br>BAE SYSTEMS PLC, an England and Wales Corporation,  )<br>)<br>)<br>Nominal Defendant.  ) | **APPEARANCE**<br><br>Civil No. 1:07-cv-01646<br>Assigned to:  Judge Rosemary M.<br>Collyer |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Richard L. Brusca and J. Neil Lombardo as counsel in this case for Defendants Joseph, Robert and Barbara Allbritton.

Dated:  April 23, 2008

Respectfully Submitted:

*Richard Brusca* (JNL)

Richard L. Brusca, Esq. (#366746)
J. Neil Lombardo, Esq. (#480218)
**SKADDEN, ARPS, SLATE,**
**MEAGHER & FLOM LLP**
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone:  (202) 371-7000
Facsimile:  (202) 661-8209
Email:  Richard.Brusca@skadden.com
    Neil.Lombardo@skadden.com

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 23rd day of April, 2008, a true and correct copy of the foregoing Notice of Appearance was served by e-filing or first class mail, postage pre-paid, on the following:

Roger M. Adelman
1100 Connecticut Ave. NW
Suite 730
Washington, DC 20036
Telephone: (202) 822-0600
Facsimile: (202) 822-6722

Patrick J. Coughlin
Mary K. Blasy
Mark Solomon
COUGHLIN, STOIA GELLER, RUDMAN &
    ROBBINS LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Jonathon W. Cuneo
William H. Anderson
CUNEO, GILBERT & LADUA LLP
507 C St. N.E.
Washington, DC 20002
Facsimile: (202) 789-1813

Michael J. Vanoverbeke
Thomas C. Michaud
VANOVERBEKE MICHAUD & TIMMONY
    PC
79 Alfred St.
Detroit, MI 48201
Facsimile: (313) 578-1201

COUNSEL FOR PLAINTIFF

Lawrence Byrne
Mary Warren
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000

COUNSEL FOR DEFENDANTS PETER A. WEINBERG, PHILLIP J. CARROLL AND
MARK H. RONALD

William Bradford Reynolds
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004

COUNSEL FOR DEFENDANT PRINCE BANDAR BIN SULTAN

Christopher Talbott Lutz
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Facsimile: (202) 429-6440

Eric M. Roth
Adir G. Waldman
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd St.
New York, NY 10019
Facsimile: (212) 403-2000

COUNSEL FOR THE PNC FINANCIAL SERVICES GROUP, INC.

*Richard Brusca (jmz)*

Richard L. Brusca