UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re BAE SYSTEMS PLC DERIVATIVE LITIGATION | ) ) ) ) | Civil No. 1:07-cv-01646 |
| | | Assigned to: Judge Rosemary M. Collyer |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) | |

MOTION FOR LEAVE TO FILE A CONSOLIDATED BRIEF IN OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS

Pursuant to Local Rule 7(e), plaintiff hereby moves the Court for an Order granting leave to file one ninety (90) page consolidated brief in opposition to defendants' motions to dismiss (the "Consolidated Brief"). The Consolidated Brief totals 90 pages, exclusive of face sheet, table of contents, table of authorities and exhibits (but inclusive of statement of issues and facts and statement of procedural history).

Under Local Rule 7(e), plaintiff is entitled to 45 pages to oppose each of the two motions to dismiss presently before the Court. In total, plaintiff is entitled to 90 pages to respond to the two motions – one filed by BAE Systems, plc and the BAE executive defendants and one filed by PNC Financial Services, Inc. and Joe Allbrittton, Robert Allbritton, and Barbara Allbritton. Instead of filing two separate 45-page oppositions to these motions to dismiss, plaintiff hereby requests leave of this Court to file one 90-page Consolidated Brief.

Plaintiff respectfully submits that in light of the complex legal and factual issues raised by defendants' motions to dismiss and the common factual and legal issues present in both motions, good cause for filing one Consolidated Brief exists to prevent filing two largely repetitive briefs.

A Proposed Order Granting Plaintiff's Motion for Leave to File One Ninety (90) Page Consolidated Brief in Opposition to Defendants' Motions to Dismiss is submitted herewith.

DATED: April 23, 2008

COUGHLIN STOIA GELLER RUDMAN
  & ROBBINS LLP
PATRICK J. COUGHLIN
MARK SOLOMON
MARY K. BLASY

s/ MARY K. BLASY
MARY K. BLASY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

THE LAW OFFICE OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)
1100 Connecticut Ave., NW, Suite 730
Washington, DC  20036
Telephone:  202/822-0600
202/822-6722 (fax)

CUNEO GILBERT & LaDUCA, L.L.P.
JONATHAN W. CUNEO(DC Bar # 939389)
WILLIAM H. ANDERSON (DC Bar # 502380)
507 C Street, N.E.
Washington, DC  20002
Telephone:  202/789-3960
202/789-1813 (fax)

Co-Liaison Counsel

VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

Attorneys for Plaintiff

C:\Program Files\DocsCorp\pdfDocs PDF\users\ChristiS\Import\MTN00050850.doc

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 23, 2008.

s/ MARY K. BLASY
MARY K. BLASY

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:MaryK@csgrr.com

# Mailing Information for a Case 1:07-cv-01646-RMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com,lisamp@csgrr.com,tlatimer@csgrr.com,e_file_sd@csgrr.com

- **Mary K. Blasy**
  maryb@csgrr.com

- **Richard L. Brusca**
  rbrusca@skadden.com

- **Lawrence Byrne**
  larry.byrne@linklaters.com

- **Patrick J. Coughlin**
  patc@csgrr.com

- **Jonathan Watson Cuneo**
  jonc@cuneolaw.com

- **Matthew John Herrington**
  mherrington@steptoe.com

- **James Neil Lombardo**
  nlombard@skadden.com,dlmlcwas@skadden.com

- **Christopher Talbott Lutz**
  clutz@steptoe.com

- **William Bradford Reynolds**
  ReynoldsW@howrey.com

- **Eric M. Roth**
  emroth@wlrk.com

- **Mark Solomon**
  marks@csgrr.com

- **Adir G. Waldman**
  awaldman@wlrk.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re BAE SYSTEMS PLC DERIVATIVE LITIGATION | ) ) ) | Civil No. 1:07-cv-01646 |
| | ) | Assigned to: Judge Rosemary M. Collyer |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| ALL ACTIONS. | ) | |
| | ) | |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A
CONSOLIDATED BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

Based on the Motion for Leave to File a Consolidated Brief in Opposition to Defendants'

Motions to Dismiss and good cause having been shown, plaintiff is hereby granted leave to file one

90-page brief in opposition to the two motions to dismiss presently before the court.

IT IS SO ORDERED.


DATED: _____        _____
                                                                 THE HONORABLE ROSEMARY M. COLLYER
                                                                 UNITED STATES DISTRICT JUDGE

C:\Program Files\DocsCorp\pdfDocs PDF\users\ChristiS\Import\ORD00050849.doc