UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER et al.,<br><br>Defendants,<br><br>– and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

**MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE***

Nominal Defendant BAE Systems plc and the Individual BAE Systems plc Defendants hereby request admission of attorneys Mary K. Warren and Sterling P.A. Darling, Jr., members of the bar of the State of New York, to appear *pro hac vice* on behalf of Nominal Defendant BAE Systems plc and the Individual BAE Systems plc Defendants in all proceedings in the above-captioned action.

Dated: June 16, 2008
New York, New York

Respectfully submitted,

LINKLATERS LLP

_____
LAWRENCE BYRNE (DC Bar #A761)
1345 Avenue of the Americas
New York, NY 10105
Telephone: 212-903-9105
Facsimile: 212-903-9100

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES'  RETIREMENT SYSTEM, Derivatively on  Behalf of BAE SYSTEMS PLC,<br><br>       Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER et al.,<br><br>       Defendants,<br><br> – and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>      Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

**MEMORANDUM OF LAW IN SUPPORT OF**
**MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE***

  Mary K. Warren and Sterling P.A. Darling, Jr., are attorneys with the law firm of Linklaters LLP, 1345 Avenue of the Americas, New York, New York 10105. Neither maintains an office in the District of Columbia. See Certifications of Mary K. Warren and Sterling P.A. Darling, Jr. (attached hereto as Exhibits 1 and 2 respectively). Ms. Warren and Mr. Darling are both admitted to practice in the State of New York, and are in good standing with the bar in that state. Id. Ms. Warren and Mr. Darling are admitted to, and in good standing of, the bars to which they are admitted. Id. There are no pending disciplinary proceedings against either of them in any jurisdiction. Id. Neither Ms. Warren nor Mr. Darling has even been disbarred or suspended in any jurisdiction where they have been admitted, *pro hac vice* or otherwise. Id.

Neither Ms. Warren nor Mr. Darling has been admitted *pro hac vice* in this Court within the last two years. Id.

Ms. Warren and Mr. Darling are counsel for Nominal Defendant BAE Systems plc and the Individual BAE Systems plc Defendants and seek an order from this Court to be admitted *pro hac vice* to practice before this Court in order to represent Nominal Defendant BAE Systems plc and the Individual BAE Systems plc Defendants in the above-captioned matter.

Dated:  June 16, 2008
        New York, New York

Respectfully submitted,

LINKLATERS LLP

_____
LAWRENCE BYRNE (DC Bar # 4761)
1345 Avenue of the Americas
New York, NY 10105
Telephone: 212-903-9105
Facsimile: 212-903-9100

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER et al.,<br><br>Defendants,<br><br>– and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

## ORDER GRANTING
## MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE*

On this ___ day of _____, _____, IT IS HEREBY ORDERED that Nominal Defendant BAE Systems plc and the Individual BAE Systems plc Defendants' Motion for Admission of Attorneys Mary K. Warren and Sterling P.A. Darling, Jr., *pro hac vice* is granted.

_____
Judge Rosemary M. Collyer
United States District Judge

# EXHIBIT 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER et al.,<br><br>Defendants,<br><br>– and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

**CERTIFICATION OF MARY K. WARREN
PURSUANT TO LOCAL CIVIL RULE 83.2(d)**

I, Mary K. Warren, hereby certify that:

1. My full name is Mary Katharine Warren

2. My office address and telephone number are:

   Linklaters LLP
   1345 Avenue of the Americas
   New York, New York  10105
   212-903-9000

3. I have been admitted to, and am currently a member in good standing of, the bars of the State of New York, the United States District Court for the Southern District of New York, and the United States District Court of the Eastern District of New York.

4.   I have not been disbarred or suspended and I am not the object of any pending disciplinary proceedings in any jurisdiction where I have been admitted generally, *pro hac vice*, or in any other way.

5.   I have not been admitted *pro hac vice* in this Court within the past two years.

6.   I do not maintain an office in the District of Columbia.

Date: June 16, 2008
New York, New York

_____
Mary K. Warren

2

# EXHIBIT 2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF HARPER WOODS EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of BAE SYSTEMS PLC,<br><br>     Plaintiff,<br><br>vs.<br><br>RICHARD (DICK) L. OLVER et al.,<br><br>     Defendants,<br><br>– and –<br><br>BAE SYSTEMS PLC, an England and Wales corporation,<br><br>     Nominal Defendant. | Civil No. 1:07-cv-01646<br><br>Assigned to: Judge Rosemary M. Collyer |

**CERTIFICATION OF STERLING P.A. DARLING, JR.
PURSUANT TO LOCAL CIVIL RULE 83.2(d)**

I, Sterling P.A. Darling, Jr., hereby certify that:

  1.  My full name is Sterling Price Adams Darling, Jr.

  2.  My office address and telephone number are:

    Linklaters LLP
    1345 Avenue of the Americas
    New York, New York  10105
    212-903-9100

  3.  I have been admitted to, and am currently a member in good standing of, the bars of the State of New York, the Commonwealth of Massachusetts, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for Veterans Claims, the United States District Court for the

Southern District of New York, the United States District Court of the Eastern District of New York, and the United States District Court for the Northern District of Illinois.

       4.     I have not been disbarred or suspended and I am not the object of any pending disciplinary proceedings in any jurisdiction where I have been admitted generally, *pro hac vice*, or in any other way.

       5.     I have not been admitted *pro hac vice* in this Court within the past two years.

       6.     I do not maintain an office in the District of Columbia.


Date: June 16, 2008  
      New York, New York

                                              _/s/ Sterling P.A. Darling, Jr._  
                                                      Sterling P.A. Darling, Jr.

## CERTIFICATE OF SERVICE

I certify that, besides having been filed and distributed electronically on the ECF system, copies of the foregoing MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE* and MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE* were sent on June 16, 2008, by First Class Mail, to the following counsel of record:

    Patrick Coughlin
    Mark Solomon
    Mary K. Blasy
    Coughlin Stoia Geller Rudman & Robbins LLP
    655 West Broadway - Suite 1900
    San Diego, California 92101

        Counsel for Plaintiff

    Roger M. Adelman
    1100 Connecticut Avenue, N.W. - Suite 730
    Washington, D.C. 20036

        Counsel for Plaintiff

    Jonathan W. Cuneo
    William H. Anderson
    Cuneo Gilbert & LaDuca LLP
    507 C Street, N.E.
    Washington, D.C. 20002

        Counsel for Plaintiff

    Michael J. Vanoverbeke
    Thomas C. Michaud
    Vanoverbeke Michaud & Timmony PC
    79 Alfred Street
    Detroit, Michigan 48201

        Counsel for Plaintiff

Christopher T. Lutz
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

    Counsel for Defendant The PNC Financial
    Services Group, Inc.

Eric M. Roth
Adir G. Waldman
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019

    Of Counsel for Defendant The PNC Financial
    Services Group, Inc.

Richard L. Brusca
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

Michael W. Mitchell
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

    Counsel for the Allbritton Defendants

Wm. Bradford Reynolds
Howrey, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

    Counsel for Defendant Prince Bandar bin Sultan

_____